1  Adam R. Alper (CA Bar No. 196834)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA 94194
3  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
4  Email: adam.alper@kirkland.com

5  Michael W. De Vries (CA Bar No. 211011)
   Christopher M. Lawless (CA Bar No. 268952)
6  Kevin Bendix (CA Bar No. 285295)
   KIRKLAND & ELLIS LLP
7  333 South Hope Street
   Los Angeles, CA 90071
8  Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
9  Email: michael.devries@kirkland.com
   Email: clawless@kirkland.com
10 Email: kevin.bendix@kirkland.com

11
   Gregory S. Arovas (pro hac vice)
12 Todd M. Friedman (pro hac vice)
   Alex R. Henriques (pro hac vice)
13 KIRKLAND & ELLIS LLP
   601 Lexington Avenue
14 New York, NY 10022
   Telephone: (212) 446-4800
15 Facsimile: (212) 446-4900
   Email: greg.arovas@kirkland.com
16 Email: todd.friedman@kirkland.com
   Email: alex.henriques@kirkland.com

17
   Attorneys for Plaintiff
18 INTEL CORPORATION

19 *[Additional counsel listed on signature page]*

Thomas F. Fitzpatrick (State Bar No. 193565)
Andy H. Chan (State Bar No. 242660)
PEPPER HAMILTON LLP
333 Twin Dolphin Drive, Suite 400
Redwood City, California 94065-1434
Telephone:  650.802.3600
Fax: 650.802.3650
Email:   fitzpatrickt@pepperlaw.com
         chana@pepperlaw.com

William D. Belanger (Admitted *pro hac vice*)
Anthony H. Cataldo (Admitted *pro hac vice*)
PEPPER HAMILTON LLP
125 High Street, 19th Floor,
High Street Tower
Boston, MA 02110
Telephone: 617.204.5100
Fax: 617.204.5150
Email: belangerw@pepperlaw.com
        cataldoa@pepperlaw.com

Attorneys for Defendant
TELA INNOVATIONS, INC.

20        **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**
21            **SAN FRANCISCO DIVISION**

22 INTEL CORPORATION,                    )    CASE NO.  18-cv-02848-WHO
                                         )
23              Plaintiff,               )    **STIPULATED REQUEST AND**
                                         )    **ORDER FOR EXTENSION OF TIME**
24        v.                             )    **TO FILE INTEL'S REPLY**
                                         )    **SUPPORTING ITS MOTION TO**
25 TELA INNOVATIONS, INC.,               )    **DISMISS**
                                         )
26              Defendant.               )

27

28

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff Intel Corporation ("Intel") submits this Stipulated Request and [Proposed] Order for Extension of Time to File Intel's Reply Supporting its Motion to Dismiss.

On January 18, 2019, Intel filed a Motion to Dismiss Certain Counterclaims and Affirmative Defenses. (Dkt. 90). On February 1, 2019, Tela filed its Opposition. (Dkt. 96). In its opposition brief, Tela states that it will file an Amended Answer and Counterclaims. (*Id.* at 1). This will moot Intel's motion to dismiss as a procedural matter, thus eliminating the need for Intel to file a Reply at this time. *See Ramirez v. Cty. of San Bernardino,* 806 F.3d 1002, 1008 (9th Cir. 2015).

The deadline for Tela to amend its Answer and Counterclaims without leave, on February 8, 2019, is the same as the deadline for Intel to file its Reply. Tela has confirmed that it will amend its Answer and Counterclaims on February 8, 2019, as it stated in its Opposition to Intel's Motion to Dismiss. When Tela amends, Intel will withdraw its Motion to Dismiss without prejudice (for potential re-filing after reviewing Tela's amendments) and will not file a Reply at this time. Intel has requested that Tela agree to stipulate to an extension of time for Intel's Reply in order to provide Intel with assurance that if Tela were not to amend its Answer and Counterclaims, Intel would still have time to file a Reply in support of its Motion. In the event that Tela were to change its plans and refrain from amending, Intel would not know this until the same day that Intel's Reply is currently due. Intel therefore requests a short extension of time for its Reply until February 13, 2019, so that Intel can prepare its briefing if Tela does not amend on February 8, 2019.

To date, the following time modifications have been made in this case: i) the parties' stipulation to extend Tela's time to respond to Intel's initial Complaint from June 7, 2018 to July 9, 2018 (Dkt. No. 24), ii) the parties' stipulation to a new date for the initial Case Management Conference requesting an extension from August 14, 2018 to September 4, 2018 in order to accommodate the schedule of Intel's trial counsel (Dkt. No. 25); iii) the parties' stipulation to extend Tela's deadline to respond to Intel's First Amended Complaint from November 19, 2018 to December 19, 2018 and Intel's deadline to respond to any counterclaims asserted by Tela to January 18, 2019, and iv) the parties' stipulation to extend the deadline for submitting a proposed Protective Order from December

1  10, 2018 to December 12, 2018.  The parties do not expect the modification of time proposed in this

2  stipulation to have any effect on other scheduled dates in the case.

3  The parties therefore stipulate, subject to Court approval, to an extension of time to February

4  13, 2019 (from the current deadline of February 8, 2019) for Intel to file its Reply brief.

5  **IT IS SO STIPULATED**, through Counsel of Record.

| | |
|---|---|
| 1 | DATED: February 7, 2019 |
| 2 | By: _/s/ Todd M. Friedman_ |
| 3 | Adam R. Alper (CA Bar No. 196834)<br>KIRKLAND & ELLIS LLP |
| 4 | 555 California Street<br>San Francisco, CA 94194 |
| 5 | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 6 | Email: adam.alper@kirkland.com |
| 7 | Michael W. De Vries (CA Bar No. 211011)<br>Christopher M. Lawless (CA Bar No. 268952) |
| 8 | Kevin Bendix (CA Bar No. 285295)<br>KIRKLAND & ELLIS LLP |
| 9 | 333 South Hope Street |
| 10 | Los Angeles, CA 90071<br>Telephone: (213) 680-8400 |
| 11 | Facsimile: (213) 680-8500 |
| 12 | Email: michael.devries@kirkland.com<br>Email: clawless@kirkland.com |
| 13 | Email: kevin.bendix@kirkland.com |

Respectfully submitted,

By: _/s/ Thomas F. Fitzpatrick_

Thomas F. Fitzpatrick (State Bar No. 193565)
Andy H. Chan (State Bar No. 242660)
PEPPER HAMILTON LLP
333 Twin Dolphin Drive, Suite 400
Redwood City, California 94065-1434
Telephone: 650.802.3600
Fax: 650.802.3650
Email: fitzpatrickt@pepperlaw.com
Email: chana@pepperlaw.com

William D. Belanger (Admitted _pro hac vice_)
Anthony H. Cataldo (Admitted _pro hac vice_)
PEPPER HAMILTON LLP
125 High Street, 19th Floor,
High Street Tower
Boston, MA 02110
Telephone: 617.204.5100
Fax: 617.204.5150
Email: belangerw@pepperlaw.com
Email: cataldoa@pepperlaw.com

Attorneys for Defendant
TELA INNOVATIONS, INC.

Gregory S. Arovas (_pro hac vice_)
Todd M. Friedman (_pro hac vice_)
Alex R. Henriques (_pro hac vice_)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: todd.friedman@kirkland.com
Email: alex.henriques@kirkland.com

Nyika O. Strickland (_pro hac vice_)
David Rokach (_pro hac vice_)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: nyika.strickland@kirkland.com
Email: david.rokach@kirkland.com

Lien K. Dang (CA Bar No. 254221)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
Email: lien.dang@kirkland.com

Attorneys for Plaintiff
INTEL CORPORATION

# ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.


DATED:  February 7, 2019          */s/ Todd M. Friedman*
_____
Todd M. Friedman (pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

*Attorney for Plaintiff*
INTEL CORPORATION

**ORDER ON STIPULATED REQUEST FOR EXTENSION**

  The above Stipulated Request for Extension of Time to Submit Intel's Reply in Support of its Motion to Dismiss is hereby GRANTED.

**IT IS ORDERED**.

Dated:_February 8, 2019



      The Hon. William H. Orrick
      UNITED STATES DISTRICT JUDGE