# EXHIBIT 2



# Tela Innovations

## U.S. Patent No. 7,943,966

**Intel 14nm Processors**

**Core i5-7200U**



U.S. Patent No. 7,943,966
Claim 2: "An integrated circuit device, comprising:"

| Claim 2 | Intel's 14nm Processors |
|---------|-------------------------|
| An integrated circuit device, comprising: | Intel's 14nm Processors, such as the Core i5-2700U Processor are integrated circuit devices.<br><br>Intel's 14nm processors, such as the core i5-7200U Processor, use Intel's Tri-gate technology, which is a silicon based technology.<br><br><br><br>Mark Bohr, *14 nm Process Technology: Opening New Horizons*, p. 19, available at https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf (last visited Nov. 2, 2018). |

U.S. Patent No. 7,943,966
Claim 2: "An integrated circuit device, comprising:"

| Claim 2 | Intel's 14nm Processors |
|---------|-------------------------|
| | The scanning electron microscope ("SEM") image below of an area of the Intel Core i5-7200U, shows some layers of the integrated circuit device, which have been colored with the Pix2net software suite from Micronet Solutions, Inc.<br><br> |

U.S. Patent No. 7,943,966
Claim 2(a): "a substrate region that forms part of an overall substrate of the integrated circuit device,"

| Claim 2(a) | Intel's 14nm Processors |
|---|---|
| a substrate region that forms part of an overall substrate of the integrated circuit device, | Intel's 14nm processors, such as the core i5-7200U Processor, include a substrate region that forms part of a substrate of the integrated circuit device.<br><br>The substrate region that forms part of a substrate of the integrated circuit device is shown, for example, in the SEM image of the Intel Core i5-7200U Processor below.<br><br> |

U.S. Patent No. 7,943,966
Claim 2(a): "a substrate region that forms part of an overall substrate of the integrated circuit device,"

| Claim 2(a) | Intel's 14nm Processors |
|---|---|
|  | Intel's Core i5-7200U uses Intel's 14nm lithography process.  *Intel Core i5-7200U Processor*, Intel, available at https://www.intel.com/content/www/us/en/products/processors/core/i5-processors/i5-7200u.html (last visited Nov. 2, 2018).  Intel's 14nm process is a trigate process with a silicon substrate.<br><br><br><br>Mark Bohr, *14 nm Process Technology: Opening New Horizons*, p. 19, available at https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf (last visited Nov. 2, 2018). |

U.S. Patent No. 7,943,966
Claim 2(a): "a substrate region that forms part of an overall substrate of the integrated circuit device,"

| Claim 2(a) | Intel's 14nm Processors |
|---|---|
| | The cross-section TEM image below from the Core i5-7200U shows an exemplary substrate region of the integrated circuit device.<br><br> |

U.S. Patent No. 7,943,966

Claim 2(b): "a gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device, the gate electrode level region formed above and over the substrate region, wherein the gate electrode level region includes a plurality of linear conductive segments each formed to have a respective length and a respective width as measured parallel to the substrate region, wherein a size of the length of a given linear conductive segment is greater than or equal to a size of the width of the given linear conductive segment, wherein the plurality of linear conductive segments are formed to have their lengths extend in a first direction in a parallel manner, and"

| Claim 2(b) | Intel's 14nm Processors |
|---|---|
| a gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device, the gate electrode level region formed above and over the substrate region, wherein the gate electrode level region includes a plurality of linear conductive segments each formed to have a respective length and a respective width as measured parallel to the substrate region, wherein a size of the length of a given linear conductive segment is greater than or equal to a size of the width of the given linear conductive segment, wherein the plurality of linear conductive segments are formed to have their lengths | Intel's 14nm processors, such as the Core i5-7200U Processor, include a gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device, the gate electrode level region formed above and over the substrate region, wherein the gate electrode level region includes a plurality of linear conductive segments each formed to have a respective length and a respective width as measured parallel to the substrate region, wherein a size of the length of a given linear conductive segment is greater than or equal to a size of the width of the given linear conductive segment, wherein the plurality of linear conductive segments are formed to have their lengths extend in a first direction in a parallel manner.<br><br>The gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device is shown, for example, in the SEM image of the Intel Core i5-7200U Processor below. The image has been colored using Pix2net to show the gate electrode level region.<br><br> |

U.S. Patent No. 7,943,966

Claim 2(b): "a gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device, the gate electrode level region formed above and over the substrate region, wherein the gate electrode level region includes a plurality of linear conductive segments each formed to have a respective length and a respective width as measured parallel to the substrate region, wherein a size of the length of a given linear conductive segment is greater than or equal to a size of the width of the given linear conductive segment, wherein the plurality of linear conductive segments are formed to have their lengths extend in a first direction in a parallel manner, and"

| Claim 2(b) | Intel's 14nm Processors |
|---|---|
| extend in a first direction in a parallel manner, and | The gate electrode level region, formed over the substrate region, in the Intel Core i5-7200U is shown, for example, in the SEM image below that has been colored using Pix2net.<br><br> |

U.S. Patent No. 7,943,966

Claim 2(b): "a gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device, the gate electrode level region formed above and over the substrate region, wherein the gate electrode level region includes a plurality of linear conductive segments each formed to have a respective length and a respective width as measured parallel to the substrate region, wherein a size of the length of a given linear conductive segment is greater than or equal to a size of the width of the given linear conductive segment, wherein the plurality of linear conductive segments are formed to have their lengths extend in a first direction in a parallel manner, and"

| Claim 2(b) | Intel's 14nm Processors |
|---|---|
| | The gate electrode level region is further shown in the drawing below, which illustrates a number of regions formed in Intel's 14nm process. <br><br>  <br><br> Mark Bohr, *14 nm Process Technology: Opening New Horizons*, p. 47, available at https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf (last visited Nov. 2, 2018) (annotated). |

U.S. Patent No. 7,943,966

Claim 2(b): "a gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device, the gate electrode level region formed above and over the substrate region, wherein the gate electrode level region includes a plurality of linear conductive segments each formed to have a respective length and a respective width as measured parallel to the substrate region, wherein a size of the length of a given linear conductive segment is greater than or equal to a size of the width of the given linear conductive segment, wherein the plurality of linear conductive segments are formed to have their lengths extend in a first direction in a parallel manner, and"

| Claim 2(b) | Intel's 14nm Processors |
|---|---|
| | Additionally, the gate electrode level region includes a plurality of linear conductive segments each formed to have a respective length and a respective width as measured parallel to the substrate region. The plurality of linear conductive segments each formed to have a respective length and a respective width as measured parallel to the substrate region in the Intel Core i5-7200U is shown, for example, in the SEM image below that has been colored using Pix2net. <br><br>  <br><br> As shown in the SEM image above, the size of the length of a given linear conductive segment is greater than or equal to a size of the width of the given linear conductive segment. |

U.S. Patent No. 7,943,966

Claim 2(b): "a gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device, the gate electrode level region formed above and over the substrate region, wherein the gate electrode level region includes a plurality of linear conductive segments each formed to have a respective length and a respective width as measured parallel to the substrate region, wherein a size of the length of a given linear conductive segment is greater than or equal to a size of the width of the given linear conductive segment, wherein the plurality of linear conductive segments are formed to have their lengths extend in a first direction in a parallel manner, and"

| Claim 2(b) | Intel's 14nm Processors |
|---|---|
|  | Further, as shown below, the plurality of linear conductive segments are formed to have their lengths extend in a first direction in a parallel manner.<br><br> |

-11-

U.S. Patent No. 7,943,966

Claim 2(c): "wherein the plurality of linear conductive segments are positioned in a side-by-side manner according to a substantially equal centerline-to-centerline spacing as measured in a second direction perpendicular to the first direction, and"

| Claim 2(c) | Intel's 14nm Processors |
|---|---|
| wherein the plurality of linear conductive segments are positioned in a side-by side manner according to a substantially equal centerline-to-centerline spacing as measured in a second direction perpendicular to the first direction, and | Intel's 14nm processors, such as the Core i5-7200U Processor, comprise integrated circuit devices, wherein the plurality of linear conductive segments are positioned in a side-by side manner according to a substantially equal centerline-to-centerline spacing as measured in a second direction perpendicular to the first direction.<br><br>As shown in the SEM image below, colored with Pix2net,the plurality of linear conductive segments are positioned in a side-by side manner according to a substantially equal centerline-to-centerline spacing as measured in a second direction perpendicular to the first direction.<br><br><br><br>As shown in the SEM image above, the linear conductive segments are segments are positioned in a side-by-side manner.  Additionally, the centerline-to-centerline spacing of the linear conductive segments is substantially equal, measuring 70.0 nm in a second direction perpendicular to the first direction. |

U.S. Patent No. 7,943,966

Claim 2(d): "wherein the plurality of linear conductive segments include a first linear conductive segment defined to form both a gate electrode of a first transistor of a first transistor type and a gate electrode of a first transistor of a second transistor type, and"

| Claim 2(d) | Intel's 14nm Processors |
|---|---|
| wherein the plurality of linear conductive segments include a first linear conductive segment defined to form both a gate electrode of a first transistor of a first transistor type and a gate electrode of a first transistor of a second transistor type, and | Intel's 14nm processors, such as the Core i5-7200U Processor, comprise integrated circuit devices, wherein the plurality of linear conductive segments include a first linear conductive segment defined to form both a gate electrode of a first transistor of a first transistor type and a gate electrode of a first transistor of a second transistor type.<br><br>In Intel's 14nm process, a transistor is formed when a gate electrode extends over an active region or "fin."<br><br><br><br>Mark Bohr, *Technology Leadership*, p. 7 (Sept. 19, 2017), *available at* https://newsroom.intel.com/newsroom/wp-content/uploads/sites/11/2017/09/mark-bohr-on-intels-technology-leadership.pdf. |

U.S. Patent No. 7,943,966

Claim 2(d): "wherein the plurality of linear conductive segments include a first linear conductive segment defined to form both a gate electrode of a first transistor of a first transistor type and a gate electrode of a first transistor of a second transistor type, and"

| Claim 2(d) | Intel's 14nm Processors |
|---|---|
|  | Exemplary gate and fin structures are shown below in the cross-section TEM of Intel's 14nm process. The fin structures (magenta) are shown crossing a gate, outlined in green.  |

U.S. Patent No. 7,943,966

Claim 2(d): "wherein the plurality of linear conductive segments include a first linear conductive segment defined to form both a gate electrode of a first transistor of a first transistor type and a gate electrode of a first transistor of a second transistor type, and"

| Claim 2(d) | Intel's 14nm Processors |
|---|---|
| | Further, the drawing below depicts a diffusion region in Intel's Core i5-7200U Processor.  As shown below, the fins pass through the metal gate, forming diffusion regions.<br><br><br><br>Mark Bohr, *14 nm Process Technology: Opening New Horizons*, p. 19, available at https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf (last visited Nov. 2, 2018). |

U.S. Patent No. 7,943,966

Claim 2(d): "wherein the plurality of linear conductive segments include a first linear conductive segment defined to form both a gate electrode of a first transistor of a first transistor type and a gate electrode of a first transistor of a second transistor type, and"

| Claim 2(d) | Intel's 14nm Processors |
|---|---|
| | As shown in the SEM image below, colored with Pix2Net, the plurality of linear conductive segments include a first linear conductive segment defined to form both a gate electrode of a first transistor of a first transistor type and a gate electrode of a first transistor of a second transistor type.<br><br><br><br>As shown above, the first linear conductive segment passes over the fins to form both a gate electrode of a first transistor of a first transistor type and a gate electrode of a first transistor of a second transistor type. |

U.S. Patent No. 7,943,966

Claim 2(e): "wherein the plurality of linear conductive segments include a second linear conductive segment that does not form a gate electrode of a transistor device, and"

| Claim 2(e) | Intel's 14nm Processors |
|---|---|
| wherein the plurality of linear conductive segments include a second linear conductive segment that does not form a gate electrode of a transistor device, and | Intel's 14nm processors, such as the Core i5-7200U Processor, comprise integrated circuit devices, wherein the plurality of linear conductive segments include a second linear conductive segment that does not form a gate electrode of a transistor device.<br><br>As shown in the SEM image below, colored with Pix2Net, the plurality of linear conductive segments include a second linear conductive segment that does not form a gate electrode of a transistor device.<br><br><br><br>As shown in the SEM image above, the second linear conductive segment does not pass over a fin and does not form a gate electrode of a transistor device. |

U.S. Patent No. 7,943,966

Claim 2(e): "wherein the plurality of linear conductive segments include a second linear conductive segment that does not form a gate electrode of a transistor device, and"

| Claim 2(e) | Intel's 14nm Processors |
|---|---|
| | In Intel's 14nm process, a transistor is formed when a gate electrode extends over an active region or "fin."  Mark Bohr, *Technology Leadership*, p. 7 (Sept. 19, 2017), *available at* https://newsroom.intel.com/newsroom/wp-content/uploads/sites/11/2017/09/mark-bohr-on-intels-technology-leadership.pdf. |

U.S. Patent No. 7,943,966

Claim 2(f): "wherein the plurality of linear conductive segments include a third linear conductive segment defined to form both a gate electrode of a second transistor of the first transistor type and a gate electrode of a second transistor of the second transistor type."

| Claim 2(f) | Intel's 14nm Processors |
|---|---|
| wherein the plurality of linear conductive segments include a third linear conductive segment defined to form both a gate electrode of a second transistor of the first transistor type and a gate electrode of a second transistor of the second transistor type. | Intel's 14nm processors, such as the Core i5-7200U Processor, comprise integrated circuit devices, wherein the plurality of linear conductive segments include a third linear conductive segment defined to form both a gate electrode of a second transistor of the first transistor type and a gate electrode of a second transistor of the second transistor type.<br><br>In Intel's 14nm process, a transistor is formed when a gate electrode extends over an active region or "fin."<br><br><br><br>Mark Bohr, *Technology Leadership*, p. 7 (Sept. 19, 2017), *available at* https://newsroom.intel.com/newsroom/wp-content/uploads/sites/11/2017/09/mark-bohr-on-intels-technology-leadership.pdf. |

U.S. Patent No. 7,943,966

Claim 2(f): "wherein the plurality of linear conductive segments include a third linear conductive segment defined to form both a gate electrode of a second transistor of the first transistor type and a gate electrode of a second transistor of the second transistor type."

| Claim 2(f) | Intel's 14nm Processors |
|---|---|
| | As shown in the SEM image below, colored with Pix2Net, the plurality of linear conductive segments include a third linear conductive segment defined to form both a gate electrode of a second transistor of the first transistor type and a gate electrode of a second transistor of the second transistor type.<br><br><br><br>As shown above, the third linear conductive segment passes over the fins to form both a gate electrode of a first transistor of a first transistor type and a gate electrode of a first transistor of a second transistor type. |

U.S. Patent No. 7,943,966

Claim 2(f): "wherein the plurality of linear conductive segments include a third linear conductive segment defined to form both a gate electrode of a second transistor of the first transistor type and a gate electrode of a second transistor of the second transistor type."

| Claim 2(f) | Intel's 14nm Processors |
|---|---|
|  | Exemplary gate and fin structures are shown below in the cross-section TEM of Intel's 14nm process. The fin structures (magenta) are shown crossing a gate, outlined in green.  |

U.S. Patent No. 7,943,966

Claim 2(f): "wherein the plurality of linear conductive segments include a third linear conductive segment defined to form both a gate electrode of a second transistor of the first transistor type and a gate electrode of a second transistor of the second transistor type."

| Claim 2(f) | Intel's 14nm Processors |
|---|---|
| | Further, the drawing below depicts a diffusion region in Intel's Core i5-7200U Processor. As shown below, the fins pass through the metal gate, forming diffusion regions.<br><br><br><br>Mark Bohr, *14 nm Process Technology: Opening New Horizons*, p. 19, available at https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf (last visited Nov. 2, 2018). |