# EXHIBIT 4



---

# U.S. Patent No. 7,948,012

---

## Intel 14nm Processors

### Core i5-7200U



U.S. Patent No. 7,948,012
Claim 2: "An integrated circuit device, comprising:"

| Claim 2 | Intel's 14nm Processors |
|---|---|
| An integrated circuit device, comprising: | Intel's 14nm Processors, such as the Core i5-2700U Processor, are integrated circuit devices.<br><br>An integrated circuit is defined as "A device made of interconnected electronic components, such as transistors and resistors, that are etched or imprinted onto a tiny slice of a semiconducting material, such as silicon or germanium."<br><br>For example, Intel's 14nm processors are integrated circuits that use a semiconductor substrate made of silicon (Si).<br><br><br><br>(Mark Bohr, "14 nm Process Technology: Opening New Horizons," p. 19, *available at* https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf.) |

U.S. Patent No. 7,948,012
Claim 2: "An integrated circuit device, comprising:"

| Claim 2 | Intel's 14nm Processors |
|---|---|
| | Silicon is a semiconductor.<br><br><br><br>("Making Silicon Chips: From Sand to Circuits, The surprising process behind Intel technology," *available at* https://www.intel.com/content/www/us/en/history/museum-making-silicon.html.) |

U.S. Patent No. 7,948,012
Claim 2: "An integrated circuit device, comprising:"

| Claim 2 | Intel's 14nm Processors |
|---|---|
| | Intel's 14nm processors are a system-on-a-chip (SoC) product.<br><br>**14 nm manufacturing**<br><br>Intel's 14 nm process and lead system-on-a-chip (SoC) product are now qualified and in volume production, with fabs in Oregon (2014), Arizona (2014), and Ireland (2015).<br><br>("Intel 14nm Processor," *available at* https://www.intel.com/content/www/us/en/silicon-innovations/intel-14nm-technology.html.)<br><br>**14 nm Intel® Core™ M Processor**<br><br>1.3 billion transistors<br><br>82 mm² die size<br><br>*Industry's first 14 nm processor now in volume production*<br><br>(Mark Bohr, "14 nm Process Technology: Opening New Horizons," p. 12, *available at* https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf.) |

U.S. Patent No. 7,948,012
Claim 2: "An integrated circuit device, comprising:"

| Claim 2 | Intel's 14nm Processors |
|---------|-------------------------|
| | Similarly, many Intel® architecture chips now boast multicore performance, meaning that two or more Intel architecture processor cores, or "engines," operate within a single chip. Many also offer multithreading, a technique that is designed to improve performance by allowing a single Intel architecture core to perform multiple tasks. All the while, the power consumption and heat dissipation of these processor chips has been kept in check thanks to aggressive on-chip power-management hardware (some of which is adjustable through software) and industry-leading semiconductor-manufacturing technology. An in-depth description of the Intel architecture technical features can be found in the Intel Software Developer's Manual, available here.[2] <br><br> ("Introduction to Intel Architecture," p. 4, *available at* https://www.intel.com/content/dam/www/public/us/en/documents/white-papers/ia-introduction-basics-paper.pdf.) |

U.S. Patent No. 7,948,012
Claim 2(a): "a substrate region that forms part of an overall substrate of the integrated circuit device,"

| Claim 2(a) | Intel's 14nm Processors |
|---|---|
| a substrate region that forms part of an overall substrate of the integrated circuit device, | Intel's 14nm Processors, such as the Core i5-7200U Processor, include a substrate region that forms part of an overall substrate of the integrated circuit device.<br><br>This is illustrated by the cross-section TEM image of the Intel Core i5-7200U processor, which shows the substrate of the integrated circuit device.<br><br> |

U.S. Patent No. 7,948,012
Claim 2(a): "a substrate region that forms part of an overall substrate of the integrated circuit device,"

| Claim 2(a) | Intel's 14nm Processors |
|---|---|
|  | This is further illustrated by the interconnect stacks in the Intel 14nm Processors, shown to be built above a Si substrate.<br><br><br><br>(Mark Bohr, "14 nm Process Technology: Opening New Horizons," p. 47, *available at* https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf (annotated).) |

U.S. Patent No. 7,948,012

Claim 2(b(i)): "a gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device, the gate electrode level region formed above and over the substrate region,"

| Claim 2(b)(i) | Intel's 14nm Processors |
|---|---|
| a gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device, the gate electrode level region formed above and over the substrate region, | Intel's 14nm Processors, such as the Core i5-2700U Processor, include a gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device, the gate electrode level region formed above and over the substrate region. <br><br> The image below shows the various interconnect stacks in Intel's 4nm processors, including the gate electrode level region. <br><br>  <br><br> (Mark Bohr, "14 nm Process Technology: Opening New Horizons," p. 47, *available at* https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf (annotated).) |

U.S. Patent No. 7,948,012

Claim 2(b)(i): "a gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device, the gate electrode level region formed above and over the substrate region,"

| Claim 2(b)(i) | Intel's 14nm Processors |
|---|---|
| | Below is another illustration showing the gate electrode level formed above and over the substrate region.<br><br><br><br>(Ruth Brain, "14 nm Technology Leadership," p. 26, *available at* https://newsroom.intel.com/newsroom/wp-content/uploads/sites/11/2017/03/Ruth-Brain-2017-Manufacturing.pdf (annotated).) |

U.S. Patent No. 7,948,012

Claim 2(b(i)): "a gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device, the gate electrode level region formed above and over the substrate region,"

| Claim 2(b)(i) | Intel's 14nm Processors |
|---|---|
| | The below teardown image of the Intel Core i5-7200U processor shows an exemplary gate electrode level region over and above an exemplary substrate region of the integrated circuit device.  |

U.S. Patent No. 7,948,012

Claim 2(b(i)): "a gate electrode level region that forms part of an overall gate electrode level of the integrated circuit device, the gate electrode level region formed above and over the substrate region,"

| Claim 2(b(i)) | Intel's 14nm Processors |
|---|---|
| | Below is an aerial SEM image showing the gate electrode level region.<br><br> |

U.S. Patent No. 7,948,012

Claim 2(b(ii)): "wherein the gate electrode level region corresponds to a circular area having a radius of up to about 1965 nanometers and oriented substantially parallel to the substrate region,:"

| Claim 2(b(ii)) | Intel's 14nm Processors |
|---|---|
| wherein the gate electrode level region corresponds to a circular area having a radius of up to about 1965 nanometers and oriented substantially parallel to the substrate region, | In Intel's 14nm Processors, such as the Core i5-2700U Processor, the gate electrode level region corresponds to a circular area having a radius of up to about 1965 nanometers and is oriented substantially parallel to the substrate region.<br><br>An aerial teardown image of the Intel i5-7200U Processor (shown below) illustrates the gate electrode level region corresponding to a circular area having a radius of about 1000 nanometers, above and parallel to the substrate region (red box).<br><br> |

U.S. Patent No. 7,948,012

Claim 2(b)(ii)): "wherein the gate electrode level region corresponds to a circular area having a radius of up to about 1965 nanometers and oriented substantially parallel to the substrate region,:"

| Claim 2(b)(ii)) | Intel's 14nm Processors |
|---|---|
| | The cross-section teardown image of the Intel i5-7200U Processor (shown below) illustrates an exemplary gate electrode level region oriented to be substantially parallel to an exemplary substrate region.<br><br> |

U.S. Patent No. 7,948,012

Claim 2(c(i)): "wherein the gate electrode level region includes a plurality of linear conductive segments each formed to have a respective length and a respective width as measured parallel to the substrate region,"

| Claim 2(c)(i) | Intel's 14nm Processors |
|---|---|
| wherein the gate electrode level region includes a plurality of linear conductive segments each formed to have a respective length and a respective width as measured parallel to the substrate region, | In Intel's 14nm Processors, such as the Core i5-2700U Processor, the gate electrode level region includes a plurality of linear conductive segments each formed to have a respective length and a respective width as measured parallel to the substrate region.<br><br>The aerial teardown image of the Intel i5-7200U Processor (shown below) shows the gate electrode level region, with a plurality of linear conductive segments highlighted in cyan.<br><br> |

U.S. Patent No. 7,948,012

Claim 2(c(i)): "wherein the gate electrode level region includes a plurality of linear conductive segments each formed to have a respective length and a respective width as measured parallel to the substrate region,"

| Claim 2(c(i)) | Intel's 14nm Processors |
|---|---|
| | Each of the linear conductive segments is formed to have a respective length and a respective width as measured parallel to the substrate region. |

Each of the linear conductive segments is formed to have a respective length and a respective width as measured parallel to the substrate region.

The image below is the same region of the gate electrode level. Each of the plurality of the linear conductive segments has both a length and a width as measured parallel to the substrate region.



Length direction

Width direction

U.S. Patent No. 7,948,012

Claim 2(c(ii)): "wherein a size of the length of a given linear conductive segment is greater than or equal to a size of the width of the given linear conductive segment,"

| Claim 2(c(ii)) | Intel's 14nm Processors |
|---|---|
| wherein a size of the length of a given linear conductive segment is greater than or equal to a size of the width of the given linear conductive segment, | In Intel's 14nm Processors, such as the Core i5-2700U Processor, a size of the length of a given linear conductive segment is greater than or equal to a size of the width of the given linear conductive segment.<br><br>The linear conductive segment in the region with the smallest measured length (~87nm) is shown in the inset below. The measured widths of all of the linear conductive segments was measured to be substantially the same (~30nm).<br><br> |

U.S. Patent No. 7,948,012

Claim 2(c(iii)): "wherein the plurality of linear conductive segments are formed to have their lengths extend in a first direction in a parallel manner, and,"

| Claim 2(c(iii)) | Intel's 14nm Processors |
|---|---|
| wherein the plurality of linear conductive segments are formed to have their lengths extend in a first direction in a parallel manner, and | In Intel's 14nm Processors, such as the Core i5-7200U Processor, the plurality of linear conductive segments are formed to have their lengths extend in a first direction in a parallel manner.<br><br>The plurality of linear conductive segments all have their respective lengths extending in a 1st direction in a parallel manner.<br><br><br><br>1st direction |

U.S. Patent No. 7,948,012

Claim 2(d): "wherein at least four of the plurality of linear conductive segments are active linear conductive segments, wherein each active linear conductive segment forms at least one gate electrode of at least one transistor device, and"

| Claim 2(d) | Intel's 14nm Processors |
|---|---|
| wherein at least four of the plurality of linear conductive segments are active linear conductive segments, wherein each active linear conductive segment forms at least one gate electrode of at least one transistor device, and | In Intel's 14nm Processors, such as the Core i5-7200U Processor, at least four of the plurality of linear conductive segments are active linear conductive segments. Four of the linear conductive segments in the region that form a gate electrode of at least one transistor are highlighted in yellow the image below.  |

U.S. Patent No. 7,948,012

Claim 2(d): "wherein at least four of the plurality of linear conductive segments are active linear conductive segments, wherein each active linear conductive segment forms at least one gate electrode of at least one transistor device, and"

| Claim 2(d) | Intel's 14nm Processors |
|---|---|
| | In Intel's 14nm process, a transistor is formed when a gate electrode extends over an active region or "fin/group of fins." <br><br>  <br><br> Mark Bohr, *Technology Leadership*, p. 7 (Sept. 19, 2017), *available at* https://newsroom.intel.com/newsroom/wp-content/uploads/sites/11/2017/09/mark-bohr-on-intels-technology-leadership.pdf. |

-19-

U.S. Patent No. 7,948,012

Claim 2(d): "wherein at least four of the plurality of linear conductive segments are active linear conductive segments, wherein each active linear conductive segment forms at least one gate electrode of at least one transistor device, and"

| Claim 2(d) | Intel's 14nm Processors |
|---|---|
|  | Exemplary gate and fin structures are shown below in the cross-section TEM of Intel's 14nm process. The fin structures (magenta) are shown crossing gates, outlined in green.<br><br> |

U.S. Patent No. 7,948,012

Claim 2(d): "wherein at least four of the plurality of linear conductive segments are active linear conductive segments, wherein each active linear conductive segment forms at least one gate electrode of at least one transistor device, and"

| Claim 2(d) | Intel's 14nm Processors |
|---|---|
| | Further, the drawing below depicts a diffusion region in Intel's Core i5-7200U processor.  As shown below, the fins pass through the metal gate. <br><br>  <br><br> Mark Bohr, *14 nm Process Technology: Opening New Horizons*, p. 19, available at https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf (last visited Nov. 2, 2018). |

U.S. Patent No. 7,948,012

Claim 2(d): "wherein at least four of the plurality of linear conductive segments are active linear conductive segments, wherein each active linear conductive segment forms at least one gate electrode of at least one transistor device, and"

| Claim 2(d) | Intel's 14nm Processors |
|---|---|
| | As shown in the areal image below, the active linear conductive segments extend over diffusion regions (magenta).<br><br> |

U.S. Patent No. 7,948,012

Claim 2(e): "wherein at least one of the plurality of linear conductive segments is a non-gate linear conductive segment, wherein the non-gate linear conductive segment does not form a gate electrode of a transistor device"

| Claim 2(e) | Intel's 14nm Processors |
|---|---|
| wherein at least one of the plurality of linear conductive segments is a non-gate linear conductive segment, wherein the non-gate linear conductive segment does not form a gate electrode of a transistor device. | In Intel's 14nm Processors, such as the Core i5-7200U Processor, at least one of the plurality of linear conductive segments is a non-gate linear conductive segment.<br><br>One of the linear conductive segments in the region that does not form the gate electrode of a transistor device is highlighted in red in the image below.<br><br> |

U.S. Patent No. 7,948,012

Claim 2(e): "wherein at least one of the plurality of linear conductive segments is a non-gate linear conductive segment, wherein the non-gate linear conductive segment does not form a gate electrode of a transistor device"

| Claim 2(e) | Intel's 14nm Processors |
|---|---|
| | As discussed above, in Intel's 14nm process, a transistor is formed when a gate electrode extends over an active region or "fin/group of fins."<br><br><br><br>Mark Bohr, *Technology Leadership*, p. 7 (Sept. 19, 2017), *available at* https://newsroom.intel.com/newsroom/wp-content/uploads/sites/11/2017/09/mark-bohr-on-intels-technology-leadership.pdf. |

U.S. Patent No. 7,948,012

Claim 2(e): "wherein at least one of the plurality of linear conductive segments is a non-gate linear conductive segment, wherein the non-gate linear conductive segment does not form a gate electrode of a transistor device"

| Claim 2(e) | Intel's 14nm Processors |
|---|---|
| | As shown in the teardown image, below, the non-gate conductive segment does not pass over a diffusion region and therefore does not form a gate electrode of a transistor device.  |