# EXHIBIT 6



# U.S. Patent No. 7,446,352

**Intel 14nm Processors**

**Core i5-7200U**



U.S. Patent No. 7,446,352
Claim 1: "A semiconductor device, comprising:"

| Claim 1 | Intel's 14nm Processors |
|---------|-------------------------|
| A semiconductor device, comprising: | Intel's 14nm Processors, such as the Core i5-7200U Processor, are semiconductor devices.<br><br>Intel's Core i5-7200U processor is fabricated using Intel's 14nm lithography process. *Intel Core i5-7200U Processor*, Intel, available at https://www.intel.com/content/www/us/en/products/processors/core/i5-processors/i5-7200u.html (last visited Nov. 2, 2018). As shown in the image below, Intel's Core 95-7200U processor includes a "Si[licon] Substrate."<br><br><br><br>Mark Bohr, *14 nm Process Technology: Opening New Horizons*, p. 19, available at https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf (last visited Nov. 2, 2018) |

U.S. Patent No. 7,446,352
Claim 1: "A semiconductor device, comprising:"

| Claim 1 | Intel's 14nm Processors |
|---|---|
| | Silicon is a semiconductor.<br><br><br><br>Silicon<br><br>Silicon, the principal ingredient in beach sand, is a natural semiconductor and the most abundant element on Earth except for oxygen.<br><br>("Making Silicon Chips: From Sand to Circuits, The surprising process behind Intel technology," *available at* https://www.intel.com/content/www/us/en/history/museum-making-silicon.html.) |

U.S. Patent No. 7,446,352
Claim 1: "a substrate portion;"

| Claim 1 | Intel's 14nm Processors |
|---|---|
| a substrate portion; | Intel's 14nm processors, such as the Intel Core i5-7200U Processor, comprise semiconductor devices including a substrate portion.<br><br>This is illustrated by the interconnect stacks in the Intel 14nm Processors, shown to be built above a Si substrate.<br><br><br><br>(Mark Bohr, "14 nm Process Technology: Opening New Horizons," p. 47, *available at* https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf (annotated).) |

U.S. Patent No. 7,446,352
Claim 1: "a substrate portion;"

| Claim 1 | Intel's 14nm Processors |
|---|---|
| | The substrate portion of the semiconductor device is shown, for example, in the SEM image of the Intel Core i5-7200U processor below.  The image has been colored using to show the diffusion fins that are fabricated from the silicon substrate.<br><br> |

U.S. Patent No. 7,446,352
Claim 1: "a substrate portion;"

| Claim 1 | Intel's 14nm Processors |
|---------|--------------------------|
| | As shown below, the diffusion fins in Intel's 14nm process are fabricated from the "Si[licon] substrate."<br><br><br><br>Mark Bohr, *14 nm Process Technology: Opening New Horizons*, p. 19, available at https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf (last visited Nov. 2, 2018) |

U.S. Patent No. 7,446,352

Claim 1(a): "a plurality of diffusion regions defined within the substrate portion, the plurality of diffusion regions separated from each other by a non-active region of the substrate portion"

| Claim 1(a) | Intel's 14nm Processors |
|---|---|
| a plurality of diffusion regions defined within the substrate portion, the plurality of diffusion regions separated from each other by a non-active region of the substrate portion; | Intel's 14nm processors, such as the Core i5-7200U Processor, include a plurality of diffusion regions defined within the substrate portion, the plurality of diffusion regions separated from each other by a non-active region of the substrate portion.

Diffusion regions defined within the substrate portion of the semiconductor device are shown, for example, in the SEM image of the Intel Core i5-7200U processor below.  The image has been colored to show exemplary diffusion regions in magenta.  Magenta boxes have been added around exemplary diffusion regions.  The diffusion regions are separated from one another by non-active regions, as indicated.

 |

U.S. Patent No. 7,446,352

Claim 1(a): "a plurality of diffusion regions defined within the substrate portion, the plurality of diffusion regions separated from each other by a non-active region of the substrate portion"

| Claim 1(a) | Intel's 14nm Processors |
|---|---|
|  | An exemplary diffusion region is shown below in the cross-section TEM of Intel's 14nm process. The diffusion fin structures (magenta) are shown crossing a gate, outlined in green. At least a portion of a non-active region is outlined in blue.<br><br> |

U.S. Patent No. 7,446,352

Claim 1(b): "a plurality of linear gate electrode tracks defined to extend over the substrate portion and over some of the plurality of diffusion regions in a single common direction, at least one of the linear gate electrode tracks having multiple linear gate electrode segments adjacently defined thereover in an end-to-end manner such that facing ends of adjacent linear gate electrode segments are physically and electrically separated by a line end spacing of minimum size"

| Claim 1(b) | Intel's 14nm Processors |
|---|---|
| a plurality of linear gate electrode tracks defined to extend over the substrate portion and over some of the plurality of diffusion regions in a single common direction, at least one of the linear gate electrode tracks having multiple linear gate electrode segments adjacently defined thereover in an end-to-end manner such that facing ends of adjacent linear gate electrode segments are physically and electrically separated by a line end spacing of minimum size, | Intel's 14nm processors, such as the Core i5-7200U Processor, include a plurality of linear gate electrode tracks defined to extend over the substrate portion and over some of the plurality of diffusion regions in a single common direction, at least one of the linear gate electrode tracks having multiple linear gate electrode segments adjacently defined thereover in an end-to-end manner such that facing ends of adjacent linear gate electrode segments are physically and electrically separated by a line end spacing of minimum size.

A plurality of linear gate electrode tracks defined to extend over the substrate portion and over some of the plurality of diffusion regions in a single common direction is shown, for example, in the SEM image of the Intel Core i5-7200U processor below.

 |

U.S. Patent No. 7,446,352

Claim 1(b): "a plurality of linear gate electrode tracks defined to extend over the substrate portion and over some of the plurality of diffusion regions in a single common direction, at least one of the linear gate electrode tracks having multiple linear gate electrode segments adjacently defined thereover in an end-to-end manner such that facing ends of adjacent linear gate electrode segments are physically and electrically separated by a line end spacing of minimum size"

| Claim 1(b) | Intel's 14nm Processors |
|---|---|
| | As further shown in the SEM image of the Intel Core i5-7200U processor below, at least one of the linear gate electrode tracks has multiple linear gate electrode segments (green filled-in boxes) adjacently defined thereover in an end-to-end manner.  |

U.S. Patent No. 7,446,352

Claim 1(b): "a plurality of linear gate electrode tracks defined to extend over the substrate portion and over some of the plurality of diffusion regions in a single common direction, at least one of the linear gate electrode tracks having multiple linear gate electrode segments adjacently defined thereover in an end-to-end manner such that facing ends of adjacent linear gate electrode segments are physically and electrically separated by a line end spacing of minimum size"

| Claim 1(b) | Intel's 14nm Processors |
|---|---|
| | As shown below, the facing ends of adjacent linear gate electrode segments are physically and electrically separated by a line end spacing of 50.5 nm.  On information an belief a line end spacing of 50.5 nm is of minimum size.<br><br> |

U.S. Patent No. 7,446,352

Claim 1(c): "wherein a size of each line end spacing within a window of lithographic influence is substantially the same"

| Claim 1(c) | Intel's 14nm Processors |
|---|---|
| wherein a size of each line end spacing within a window of lithographic influence is substantially the same, | In Intel's 14nm processors, such as the Core i5-7200U Processor, a size of each line end spacing within a window of lithographic influence is substantially the same.<br><br>As shown in the SEM images of the Intel Core i5-7200U processor below, a size of each line end spacing within a window of lithographic influence is substantially the same, 50.5nm (white rulers).<br><br> |

U.S. Patent No. 7,446,352

Claim 1(d): "wherein the minimum size of the line end spacing corresponds to a substantially full occupancy of the at least one linear gate electrode track by the multiple linear gate electrode segments"

| Claim 1(d) | Intel's 14nm Processors |
|---|---|
| wherein the minimum size of the line end spacing corresponds to a substantially full occupancy of the at least one linear gate electrode track by the multiple linear gate electrode segments, | In Intel's 14nm processors, such as the Core i5-7200U Processor, the minimum size of the line end spacing corresponds to a substantially full occupancy of the at least one linear gate electrode track by the multiple linear gate electrode segments.<br><br>As shown in the SEM image of the Intel Core i5-7200U processor below, the line end spacing for all gate electrode segments is 50.5 nm.  On information and belief, this corresponds to a substantially full occupancy of the at least one linear gate electrode track by the multiple linear gate electrode segments.<br><br> |

U.S. Patent No. 7,446,352

Claim 1(e): "wherein some of the linear gate electrode segments are defined to have different lengths to construct logic gate devices"

| Claim 1(e) | Intel's 14nm Processors |
|---|---|
| wherein some of the linear gate electrode segments are defined to have different lengths to construct logic gate devices, | In Intel's 14nm processors, such as the Core i5-7200U Processor, some of the linear gate electrode segments are defined to have different lengths to construct logic gate devices.<br><br>As shown in the SEM images of the Intel Core i5-7200U processor below, some of the linear gate electrode segments are defined to have different lengths to construct logic gate devices (white rulers).<br><br> |

U.S. Patent No. 7,446,352

Claim 1(f): "wherein the length of each linear gate electrode segment is measured in a direction of its linear gate electrode track"

| Claim 1(f) | Intel's 14nm Processors |
|---|---|
| wherein the length of each linear gate electrode segment is measured in a direction of its linear gate electrode track; | In Intel's 14nm processors, such as the Core i5-7200U Processor, the length of each linear gate electrode segment is measured in a direction of its linear gate electrode track.<br><br>As shown in the SEM image of the Intel Core i5-7200U processor below, the length of each linear gate electrode segment is measured in a direction of its linear gate electrode track (purple arrow).<br><br> |

U.S. Patent No. 7,446,352

Claim 1(g): "a plurality of interconnect layers defined above the plurality of linear gate electrode tracks"

| Claim 1(g) | Intel's 14nm Processors |
|---|---|
| a plurality of interconnect layers defined above the plurality of linear gate electrode tracks, | Intel's 14nm processors, such as the Core i5-7200U Processor, include a plurality of interconnect layers defined above the plurality of linear gate electrode tracks.<br><br>Intel's 14nm processors are system-on-a-chip (SoC) products, which are a type of semiconductor device.<br><br>**14 nm manufacturing**<br><br>Intel's 14 nm process and lead system-on-a-chip (SoC) product are now qualified and in volume production, with fabs in Oregon (2014), Arizona (2014), and Ireland (2015).<br><br>*Intel 14nm Processor*, available at https://www.intel.com/content/www/us/en/silicon-innovations/intel-14nm-technology.html (last visited Nov. 2, 2018)<br><br>As shown in the schematic below, Intel's 14nm processors include transistors and various interconnect layers to make up integrated circuitry.<br><br>**SoC Device Features**<br><br>High Q Inductors<br>High Density MIMCAP<br>Precision Resistors<br>RF Transistors<br>Low Leakage, Long L Transistors<br>High Voltage I/O Transistors<br>Si Substrate<br><br>**14 nm technology provides a full menu of SoC device options**<br><br>Mark Bohr, *14 nm Process Technology: Opening New Horizons*, p. 47, available at https://www.intel.com/content/dam/www/public/us/en/documents/pdf/foundry/mark-bohr-2014-idf-presentation.pdf (annotated). |

U.S. Patent No. 7,446,352
Claim 1(g): "a plurality of interconnect layers defined above the plurality of linear gate electrode tracks"

| Claim 1(g) | Intel's 14nm Processors |
|---|---|
| | The interconnect layers defined above the plurality of linear gate electrode tracks are shown in the SEM image below, which has been colored.<br><br> |

U.S. Patent No. 7,446,352

Claim 1(h): "wherein at least one of the plurality of interconnect layers includes a plurality of linear conductor tracks defined to extend over the substrate portion in a single common direction within a given interconnect layer, each linear conductor track having one or more linear conductor segments defined thereover,"

| Claim 1(h) | Intel's 14nm Processors |
|---|---|
| wherein at least one of the plurality of interconnect layers includes a plurality of linear conductor tracks defined to extend over the substrate portion in a single common direction within a given interconnect layer, each linear conductor track having one or more linear conductor segments defined thereover, | In Intel's 14nm processors, such as the Core i5-7200U Processor, at least one of the plurality of interconnect layers includes a plurality of linear conductor tracks defined to extend over the substrate portion in a single common direction within a given interconnect layer, each linear conductor track having one or more linear conductor segments defined thereover. <br><br> The interconnect layers defined above the plurality of linear gate electrode tracks are shown in the SEM image below, which has been colored. <br><br>  |

U.S. Patent No. 7,446,352

Claim 1(h): "wherein at least one of the plurality of interconnect layers includes a plurality of linear conductor tracks defined to extend over the substrate portion in a single common direction within a given interconnect layer, each linear conductor track having one or more linear conductor segments defined thereover,"

| Claim 1(h) | Intel's 14nm Processors |
|---|---|
| | The SEM images of the Intel Core i5-7200U Processor below shows a plurality of linear conductor tracks defined to extend over the substrate portion in a single common direction in the given interconnect layer. <br><br>  |

U.S. Patent No. 7,446,352

Claim 1(h): "wherein at least one of the plurality of interconnect layers includes a plurality of linear conductor tracks defined to extend over the substrate portion in a single common direction within a given interconnect layer, each linear conductor track having one or more linear conductor segments defined thereover,"

| Claim 1(h) | Intel's 14nm Processors |
|---|---|
| | A number of linear conductor segments are shown in light blue in the annotated SEM image below.<br><br> |

U.S. Patent No. 7,446,352

Claim 1(i): "wherein linear conductor segments defined in an adjacent end-to-end manner over a given linear conductor track have their facing ends physically and electrically separated by a conductor line end spacing of minimum size, wherein the minimum size of the conductor line end spacing corresponds to a maximum occupancy of the given linear conductor track by the linear conductor segments defined thereover."

| Claim 1(i) | Intel's 14nm Processors |
|---|---|
| wherein linear conductor segments defined in an adjacent end-to-end manner over a given linear conductor track have their facing ends physically and electrically separated by a conductor line end spacing of minimum size, wherein the minimum size of the conductor line end spacing corresponds to a maximum occupancy of the given linear conductor track by the linear conductor segments defined thereover. | In Intel's 14nm processors, such as the Core i5-7200U Processor, linear conductor segments defined in an adjacent end-to-end manner over a given linear conductor track have their facing ends physically and electrically separated by a conductor line end spacing of minimum size, wherein the minimum size of the conductor line end spacing corresponds to a maximum occupancy of the given linear conductor track by the linear conductor segments defined thereover.<br><br>The SEM image of the Intel Core i5-7200U processor below, has been colored to show one of the plurality of interconnect layers defined above the plurality of linear gate electrode tracks. As shown, each linear conductor track (dark blue) has one or more linear conductor segments (light blue) defined thereover, wherein linear conductor segments defined in an adjacent end-to-end manner over a given linear conductor track have their facing ends physically and electrically separated by a conductor line end spacing of minimum size (red line). On information and belief the minimum size of the conductor line end spacing corresponds to a maximum occupancy of the given linear conductor track by the linear conductor segments defined thereover.<br><br> |

-21-