Exhibit 1

Thomas F. Fitzpatrick (State Bar No. 193565)
Andy H. Chan (State Bar No. 242660)
PEPPER HAMILTON LLP
333 Twin Dolphin Drive, Suite 400
Redwood City, California 94065-1434
Telephone:  650.802.3600
Fax:  650.802.3650
Email:    fitzpatrickt@pepperlaw.com
          chana@pepperlaw.com

William D. Belanger (Admitted *pro hac vice*)
Alison L. McCarthy (Admitted *pro hac vice*)
Anthony H. Cataldo (Admitted *pro hac vice*)
PEPPER HAMILTON LLP
125 High Street, 19th Floor,
High Street Tower
Boston, MA 02110
Telephone: 617.204.5100
Fax: 617.204.5150
Email: belangerw@pepperlaw.com
mccarthya@pepperlaw.com
cataldoa@pepperlaw.com

Attorneys for Defendant
Tela Innovations, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTEL CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>TELA INNOVATIONS, INC.<br><br>        Defendant. | Case No. 18-CV-02848-WHO<br><br>**DEFENDANT TELA INNOVATIONS, INC.'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS WITH RESPECT TO PLAINTIFF INTEL CORP.**<br><br>**PATENT L. R. 3-1** |

1

## <u>TABLE OF CONTENTS</u>

2

**Page(s)**

3

4

**I.  Patent Local Rules 3-1(a)-(c): Asserted CLaims, Accused Instrumentalities, and Claim Charts** ................................................................ **2**

5

    A.  14nm Accused Instrumentalities ........................................................ 3

6

    B.  Intel's 22nm Accused Instrumentalities ........................................... 3

7

    C.  10nm Accused Instrumentalities ...................................................... 15

8

**II.  Patent Local Rule 3-1(e): Literal or Doctrine of Equivalents** ..................... **17**

9

**III.  Patent Local Rule 3-1(f): Priority Date of the Asserted Patents** ................. **17**

10

**IV.  Patent Local Rule 3-1(g): Identification of Tela or Its Licenses' Products that Practice the CLaimed Inventions** ............................................. **18**

11

**V.  Patent Local Rule 3-1(h): Timing of the point of First Infringement, Start of Claimed Damages, and End of Claimed Damages** .............................. **22**

12

**VI.  Patent Local Rule 3-1(i): Basis for Allegations of Willful Infringement** ...... **23**

13

**VII.  Patent Local Rule 3-2 Identification by Production Number of Categories of Documents Corresponding to each Category** ...................................... **24**

14

15

    A.  Rule 3-2(a) .................................................................................. 24

16

    B.  Rule 3-2(b) .................................................................................. 24

17

    C.  Rule 3-2(c) .................................................................................. 26

18

    D.  Rule 3-2(d) .................................................................................. 26

19

    E.  Rule 3-2(e) .................................................................................. 26

20

    F.  Rule 3-2(f) ................................................................................... 27

21

    G.  Local Rule 3-2(g) ......................................................................... 27

22

    H.  Local Rule 3-2(h) ......................................................................... 27

23

    I.  Local Rule 3-2(i) .......................................................................... 28

24

    J.  Local Rule 3-2(j) .......................................................................... 31

25

26

27

28

Declaratory-Judgment Defendant and Counter-Plaintiff Tela Innovations, Inc. ("Tela") hereby provides its Disclosure of Asserted Claims and Infringement Contentions to Intel Corp. pursuant to Patent L.R. 3-1.  This initial disclosure is based on information currently available to Tela.  Tela's investigation into the facts of this action is ongoing; Tela has not completed its investigation of the facts relating to this case, discovery in this action, or its preparation for trial. This disclosure is without prejudice to Tela's right to produce evidence of any additional infringing claims or products.

Accompanying this Patent L.R. 3-1 Disclosure is Tela's Patent L.R. 3-2 document production.  Tela reserves the right to supplement this production as necessary under the applicable rules.

## I.     PATENT LOCAL RULES 3-1(a)-(c): ASSERTED CLAIMS, ACCUSED INSTRUMENTALITIES, AND CLAIM CHARTS

Appendices A-G contain representative claim charts showing where each element of the Asserted Claims is found within at least one area of each integrated circuit device fabricated using Intel's 14nm and 22nm processes ("the Accused Instrumentality").

| Appendix | Asserted Patent | Claim Chart |
|----------|-----------------|-------------|
| A | U.S. Patent No. 7,446,352 | '352 Claim Chart for Intel's 14nm Processors |
| B | U.S. Patent No. 7,943,966 | '966 Claim Chart for Intel's 14nm Processors |
| C | U.S. Patent No. 7,948,012 | '012 Claim Chart for Intel's 14nm Processors |
| D | U.S. Patent No. 10,141,334 | '334 Claim Chart for Intel's 14nm Processors |
| E | U.S. Patent No. 10,141,335 | '335 Claim Chart for Intel's 14nm Processors |

| F | U.S. Patent No. 7,943,966 | '966 Claim Chart for Intel's 22nm Processors |
|---|---|---|
| G | U.S. Patent No. 7,948,012 | '012 Claim Chart for Intel's 22nm Processors |

The above-listed claim charts provide an identification of the claims asserted against the 14nm Accused Instrumentalities and the 22nm Accused Instrumentalities as required by Patent L. R. 3-1.  Infringement for each is alleged under 35 U.S.C. § 271(a).  Tela does not allege that any claims include means-plus-function limitations under 35 U.S.C. § 112.

### A.     14nm Accused Instrumentalities

Pursuant to Patent L. R. 3-1(b), Tela identifies Intel's microprocessors fabricated using Tri-Gate technology at a 14nm process node and products that contain such microprocessors or other integrated circuit devices fabricated using a 14nm process node – *e.g.*, NUC Mini PCs, NUC Kits, NUC Boards, chipsets, and FPGAs – as Accused Instrumentalities.

Tela identifies Intel's 14nm microprocessors in at least the following product categories:

- Intel Codename: Airmont

- Intel Codename: Broadwell

- Intel Codename: Skylake

- Intel Codename: Kaby Lake

- Intel Codename: Coffee Lake

- Intel Codename: Cascade Lake

- Intel Codename: Cooper Lake

- Intel Codename: Goldmont

- Intel Codename: Goldmont Plus

- Intel Codename: Tremont

- Intel Core i9 X-series

  (https://www.intel.com/content/www/us/en/products/processors/core/x-series.html, last

  visited Dec. 31, 2018)

- Intel Core i9 Processors

  (https://www.intel.com/content/www/us/en/products/processors/core/i9-processors.html,

  last visited Dec. 31, 2018)

- Intel Core i7 Processors

  (https://www.intel.com/content/www/us/en/products/processors/core/i7-processors.html,

  last visited Dec. 31, 2018)

- Intel Core i5 Processors

  (https://www.intel.com/content/www/us/en/products/processors/core/i5-

  processors.html?page=2, last visited Dec. 31, 2018)

- Intel Core i3 Processors

  (https://www.intel.com/content/www/us/en/products/processors/core/i3-processors.html,

  last visited Dec. 31, 2018)

- Intel Core m3 Processors

  (https://www.intel.com/content/www/us/en/products/processors/core/m3-

  processors.html, last visited Dec. 31, 2018)

- Intel vPRO Platform

  (https://www.intel.com/content/www/us/en/products/processors/core/core-vpro.html,

  last visited Dec. 31, 2018)

- Intel Xeon Platinum Processors

  (https://www.intel.com/content/www/us/en/products/processors/xeon/scalable/platinum-

  processors.html, last visited Dec. 31, 2018)

- Intel Xeon Gold Processors

   (https://www.intel.com/content/www/us/en/products/processors/xeon/scalable/gold-processors.html, last visited Dec. 31, 2018)

- Intel Xeon Silver Processors

   (https://www.intel.com/content/www/us/en/products/processors/xeon/scalable/silver-processors.html, last visited Dec. 31, 2018)

- Intel Xeon Bronze Processors

   (https://www.intel.com/content/www/us/en/products/processors/xeon/scalable/bronze-processors.html, last visited Dec. 31, 2018)

- Intel Xeon D Processors

   (https://www.intel.com/content/www/us/en/products/processors/xeon/d-processors.html, last visited Jan. 2, 2019)

- Intel Xeon W Processors

   (https://www.intel.com/content/www/us/en/products/processors/xeon/w-processors.html, last visited Jan. 2, 2019)

- Intel Xeon E Processors

   (https://www.intel.com/content/www/us/en/products/processors/xeon/e-processors.html, last visited Jan. 2, 2019)

- Intel Atom x7, x5, and x3 Processors

   (https://www.intel.com/content/www/us/en/products/processors/atom/x-series.html, last visited Jan. 2, 2019)

- Intel Atom C Processors

   (https://www.intel.com/content/www/us/en/products/processors/atom/c-series.html, last visited Jan. 2, 2019)

- Intel Pentium Processors

  (https://www.intel.com/content/www/us/en/products/processors/pentium.html, last visited Jan. 2, 2019)

- Intel Celeron Processors

  (https://www.intel.com/content/www/us/en/products/processors/celeron.html, last visited Jan. 2, 2019)

- Intel XMM 7660 Modems (https://www.intel.com/content/www/us/en/wireless-products/mobile-communications/xmm-7660-brief.html, last visited Jan. 2, 2019)

- Intel XMM 7560 Modems (https://www.intel.com/content/www/us/en/wireless-products/mobile-communications/xmm-7560-brief.html, last visited Jan. 2, 2019)

Discovery is ongoing and Tela reserves the right to supplement the above list when Intel begins production of relevant information.  From public sources, the model numbers for microprocessors fabricated using Intel's 14nm process node or smaller include at least the following:

| | |
|---|---|
| Intel® Core™ i7-8809G Processor with Radeon™ RX Vega M GH graphics | Intel® Core™ i7-6567U Processor |
| Intel® Core™ i7-8709G Processor with Radeon™ RX Vega M GH graphics | Intel® Core™ i7-7740X X-series Processor |
| Intel® Core™ i7-8705G Processor with Radeon™ RX Vega M GL graphics | Intel® Core™ i5-7640X X-series Processor |
| Intel® Core™ i5-8305G Processor with Radeon™ RX Vega M GL graphics | Intel® Core™ i7-6950X Processor Extreme Edition |
| Intel Atom® x7-E3950 Processor | Intel® Core™ i7-6900K Processor |
| Intel Atom® x5-E3940 Processor | Intel® Core™ i7-6850K Processor |
| Intel Atom® x5-E3930 Processor | Intel® Core™ i7-6800K Processor |
| Intel® Core™ i7-6560U Processor | Intel® Core™ i7-6785R Processor |
| | Intel® Core™ i5-6685R Processor |
| | Intel® Core™ i5-6585R Processor |

Intel® Core™ i5-6402P Processor

Intel® Core™ i3-6098P Processor

Intel® Core™ i7-6700K Processor

Intel® Core™ i5-6600K Processor

Intel® Core™ i7-5775R Processor

Intel® Core™ i5-5675R Processor

Intel® Core™ i5-5575R Processor

Intel® Pentium® Processor N3700

Intel® Celeron® Processor N3050

Intel® Celeron® Processor N3150

Intel® Core™ i9-9980XE Extreme Edition Processor

Intel® Core™ i9-9960X X-series Processor

Intel® Core™ i9-9940X X-series Processor

Intel® Core™ i9-9920X X-series Processor

Intel® Core™ i9-9900X X-series Processor

Intel® Core™ i9-9820X X-series Processor

Intel® Core™ i7-9800X X-series Processor

Intel® Core™ i9-9900K Processor

Intel® Core™ i7-9700K Processor

Intel® Core™ i5-9600K Processor

Intel® Core™ i5-8210Y Processor

Intel Atom® Processor C3336

Intel® Core™ i7-8565U Processor

Intel® Core™ i7-8500Y Processor

Intel® Core™ i5-8265U Processor

Intel® Core™ i5-8200Y Processor

Intel® Core™ i3-8145U Processor

Intel® Core™ m3-8100Y Processor

Intel® Core™ i7-8706G Processor with Radeon™ Pro WX Vega M GL graphics

Intel® Core™ i5-8305G Processor with Radeon™ Pro WX Vega M GL graphics

Intel® Xeon® E-2186G Processor

Intel® Xeon® E-2176G Processor

Intel® Xeon® E-2174G Processor

Intel® Xeon® E-2146G Processor

Intel® Xeon® E-2144G Processor

Intel® Xeon® E-2136 Processor

Intel® Xeon® E-2134 Processor

Intel® Xeon® E-2126G Processor

Intel® Xeon® E-2124 Processor

Intel® Xeon® E-2124G Processor

Intel® Core™ i3-8100H Processor

Intel® Core™ i7-8086K Processor

Intel® Xeon® Gold 6138P Processor

Intel® Core™ i9-8950HK Processor

Intel® Core™ i7-8850H Processor

Intel® Core™ i7-8750H Processor

Intel® Core™ i7-8700T Processor

Intel® Core™ i7-8700B Processor

Intel® Core™ i7+8700 Processor (12M
Cache, up to 4.60 GHz) includes
Intel® Optane™ Memory

Intel® Core™ i7-8559U Processor

Intel® Core™ i5-8600T Processor

Intel® Core™ i5-8600 Processor

Intel® Core™ i5-8500T Processor

Intel® Core™ i5-8500B Processor

Intel® Core™ i5-8500 Processor

Intel® Core™ i5+8500 Processor (9M
Cache, up to 4.10 GHz) includes
Intel® Optane™ Memory

Intel® Core™ i5-8400T Processor

Intel® Core™ i5-8400H Processor

Intel® Core™ i5-8400B Processor

Intel® Core™ i5+8400 Processor (9M
Cache, up to 4.00 GHz) includes
Intel® Optane™ Memory

Intel® Core™ i5-8300H Processor

Intel® Core™ i5-8269U Processor

Intel® Core™ i5-8259U Processor

Intel® Core™ i3-8300 Processor

Intel® Core™ i3-8300T Processor

Intel® Core™ i3-8109U Processor

Intel® Core™ i3-8100T Processor

Intel® Pentium® Gold G5600 Processor

Intel® Pentium® Gold G5500T Processor

Intel® Pentium® Gold G5500 Processor

Intel® Pentium® Gold G5400T Processor

Intel® Pentium® Gold G5400 Processor

Intel® Celeron® G4920 Processor

Intel® Celeron® G4900T Processor

Intel® Celeron® G4900 Processor

Intel® Xeon® E-2186M Processor

Intel® Xeon® E-2176M Processor

Intel® Core™ i3-7020U Processor

Intel® Core™ i3-8130U Processor

Intel® Xeon® D-2187NT Processor

Intel® Xeon® D-2183IT Processor

Intel® Xeon® D-2177NT Processor

Intel® Xeon® D-2173IT Processor

Intel® Xeon® D-2166NT Processor

Intel® Xeon® D-2163IT Processor

Intel® Xeon® D-2161I Processor

Intel® Xeon® D-2146NT Processor

Intel® Xeon® D-2145NT Processor

Intel® Xeon® D-2143IT Processor

Intel® Xeon® D-2142IT Processor

Intel® Xeon® D-2141I Processor

Intel® Xeon® D-2123IT Processor

Intel® Core™ i7-8706G Processor with
Radeon™ RX Vega M GL graphics

Intel® Xeon Phi™ Processor 7295

Intel® Xeon Phi™ Processor 7285

Intel® Xeon Phi™ Processor 7235

| | |
|---|---|
| Intel® Pentium® Silver J5005 Processor | Intel Atom® Processor C3508 |
| Intel® Pentium® Silver N5000 Processor | Intel Atom® Processor C3538 |
| Intel® Celeron® J4105 Processor | Intel Atom® Processor C3558 |
| Intel® Celeron® J4005 Processor | Intel Atom® Processor C3708 |
| Intel® Celeron® N4100 Processor | Intel Atom® Processor C3750 |
| Intel® Celeron® N4000 Processor | Intel Atom® Processor C3758 |
| Intel® Xeon® W-2175 Processor | Intel Atom® Processor C3808 |
| Intel® Core™ i7-8700K Processor | Intel Atom® Processor C3850 |
| Intel® Core™ i7-8700 Processor | Intel Atom® Processor C3858 |
| Intel® Core™ i5-8600K Processor | Intel Atom® Processor C3830 |
| Intel® Core™ i5-8400 Processor | Intel Atom® Processor C3950 |
| Intel® Core™ i3-8350K Processor | Intel Atom® Processor C3955 |
| Intel® Core™ i3-8100 Processor | Intel Atom® Processor C3958 |
| Intel® Xeon® W-2123 Processor | Intel® Core™ i9-7920X X-series Processor |
| Intel® Xeon® W-2125 Processor | Intel® Xeon® Processor D-1553N |
| Intel® Xeon® W-2133 Processor | Intel® Xeon® Processor D-1543N |
| Intel® Xeon® W-2135 Processor | Intel® Xeon® Processor D-1533N |
| Intel® Xeon® W-2145 Processor | Intel® Xeon® Processor D-1523N |
| Intel® Xeon® W-2155 Processor | Intel® Xeon® Processor D-1513N |
| Intel® Xeon® W-2195 Processor | Intel® Xeon® Platinum 8180 Processor |
| Intel® Core™ i7-8650U Processor | Intel® Xeon® Platinum 8176F Processor |
| Intel® Core™ i7-8550U Processor | Intel® Xeon® Platinum 8176 Processor |
| Intel® Core™ i5-8350U Processor | Intel® Xeon® Platinum 8170 Processor |
| Intel® Core™ i5-8250U Processor | Intel® Xeon® Platinum 8168 Processor |
| Intel® Xeon® Processor E3-1285 v6 | Intel® Xeon® Platinum 8164 Processor |
| Intel Atom® Processor C3308 | Intel® Xeon® Platinum 8160T Processor |

| | |
|---|---|
| Intel® Xeon® Platinum 8160F Processor | Intel® Xeon® Gold 6126F Processor |
| Intel® Xeon® Platinum 8160 Processor | Intel® Xeon® Gold 6126 Processor |
| Intel® Xeon® Platinum 8158 Processor | Intel® Xeon® Gold 5122 Processor |
| Intel® Xeon® Platinum 8156 Processor | Intel® Xeon® Gold 5120T Processor |
| Intel® Xeon® Platinum 8153 Processor | Intel® Xeon® Gold 5120 Processor |
| Intel® Xeon® Gold 6154 Processor | Intel® Xeon® Gold 5119T Processor |
| Intel® Xeon® Gold 6152 Processor | Intel® Xeon® Gold 5118 Processor |
| Intel® Xeon® Gold 6150 Processor | Intel® Xeon® Gold 5115 Processor |
| Intel® Xeon® Gold 6148F Processor | Intel® Xeon® Silver 4116T Processor |
| Intel® Xeon® Gold 6148 Processor | Intel® Xeon® Silver 4116 Processor |
| Intel® Xeon® Gold 6146 Processor | Intel® Xeon® Silver 4114T Processor |
| Intel® Xeon® Gold 6144 Processor | Intel® Xeon® Silver 4114 Processor |
| Intel® Xeon® Gold 6142F Processor | Intel® Xeon® Silver 4112 Processor |
| Intel® Xeon® Gold 6142 Processor | Intel® Xeon® Silver 4110 Processor |
| Intel® Xeon® Gold 6140 Processor | Intel® Xeon® Silver 4109T Processor |
| Intel® Xeon® Gold 6138T Processor | Intel® Xeon® Silver 4108 Processor |
| Intel® Xeon® Gold 6138F Processor | Intel® Xeon® Bronze 3106 Processor |
| Intel® Xeon® Gold 6138 Processor | Intel® Xeon® Bronze 3104 Processor |
| Intel® Xeon® Gold 6136 Processor | Intel® Pentium® Processor 4415Y |
| Intel® Xeon® Gold 6134 Processor | Intel® Celeron® Processor 3965Y |
| Intel® Xeon® Gold 6132 Processor | Intel® Xeon® Processor E3-1501L v6 |
| Intel® Xeon® Gold 6130T Processor | Intel® Xeon® Processor E3-1501M v6 |
| Intel® Xeon® Gold 6130F Processor | Intel® Core™ i3-7130U Processor |
| Intel® Xeon® Gold 6130 Processor | Intel® Core™ i9-7900X X-series Processor |
| Intel® Xeon® Gold 6128 Processor | Intel® Core™ i7-7820X X-series Processor |
| Intel® Xeon® Gold 6126T Processor | Intel® Core™ i7-7800X X-series Processor |

| | |
|---|---|
| Intel® Core™ m3-7Y32 Processor | Intel® Core™ i5-7500T Processor |
| Intel® Xeon® Processor E3-1280 v6 | Intel® Core™ i5-7442EQ Processor |
| Intel® Xeon® Processor E3-1275 v6 | Intel® Core™ i5-7440HQ Processor |
| Intel® Xeon® Processor E3-1270 v6 | Intel® Core™ i5-7440EQ Processor |
| Intel® Xeon® Processor E3-1245 v6 | Intel® Core™ i5-7400T Processor |
| Intel® Xeon® Processor E3-1240 v6 | Intel® Core™ i5-7400 Processor |
| Intel® Xeon® Processor E3-1230 v6 | Intel® Core™ i5-7360U Processor |
| Intel® Xeon® Processor E3-1225 v6 | Intel® Core™ i5-7300U Processor |
| Intel® Xeon® Processor E3-1220 v6 | Intel® Core™ i5-7300HQ Processor |
| Intel® Xeon® Processor E7-8894 v4 | Intel® Core™ i5-7287U Processor |
| Intel® Core™ i7-7920HQ Processor | Intel® Core™ i5-7267U Processor |
| Intel® Core™ i7-7820HQ Processor | Intel® Core™ i5-7260U Processor |
| Intel® Core™ i7-7820HK Processor | Intel® Core™ i5-7Y57 Processor |
| Intel® Core™ i7-7820EQ Processor | Intel® Core™ i3-7350K Processor |
| Intel® Core™ i7-7700HQ Processor | Intel® Core™ i3-7320 Processor |
| Intel® Core™ i7-7700 Processor | Intel® Core™ i3-7300 Processor |
| Intel® Core™ i7-7700K Processor | Intel® Core™ i3-7300T Processor |
| Intel® Core™ i7-7700T Processor | Intel® Core™ i3-7102E Processor |
| Intel® Core™ i7-7660U Processor | Intel® Core™ i3-7101E Processor |
| Intel® Core™ i7-7600U Processor | Intel® Core™ i3-7101TE Processor |
| Intel® Core™ i7-7567U Processor | Intel® Core™ i3-7100T Processor |
| Intel® Core™ i7-7560U Processor | Intel® Core™ i3-7100E Processor |
| Intel® Core™ i5-7600K Processor | Intel® Core™ i3-7100 Processor |
| Intel® Core™ i5-7600T Processor | Intel® Core™ i3-7167U Processor |
| Intel® Core™ i5-7600 Processor | Intel® Core™ i3-7100H Processor |
| Intel® Core™ i5-7500 Processor | Intel® Pentium® Processor G4620 |

| | |
|---|---|
| Intel® Pentium® Processor G4600T | Intel® Pentium® Processor N4200 |
| Intel® Pentium® Processor G4600 | Intel® Celeron® Processor J3455 |
| Intel® Pentium® Processor G4560T | Intel® Celeron® Processor J3355 |
| Intel® Pentium® Processor G4560 | Intel® Celeron® Processor N3350 |
| Intel® Pentium® Processor 4415U | Intel® Celeron® Processor N3450 |
| Intel® Pentium® Processor 4410Y | Intel® Xeon® Processor E5-4669 v4 |
| Intel® Celeron® Processor G3950 | Intel® Xeon® Processor E5-4667 v4 |
| Intel® Celeron® Processor G3930T | Intel® Xeon® Processor E5-4660 v4 |
| Intel® Celeron® Processor G3930 | Intel® Xeon® Processor E5-4655 v4 |
| Intel® Celeron® Processor 3965U | Intel® Xeon® Processor E5-4650 v4 |
| Intel® Celeron® Processor 3865U | Intel® Xeon® Processor E5-4640 v4 |
| Intel® Xeon® Processor E3-1535M v6 | Intel® Xeon® Processor E5-4628L v4 |
| Intel® Xeon® Processor E3-1505M v6 | Intel® Xeon® Processor E5-4627 v4 |
| Intel® Xeon® Processor E3-1505L v6 | Intel® Xeon® Processor E5-4620 v4 |
| Intel Atom® Processor C3338 | Intel® Xeon® Processor E5-4610 v4 |
| Intel® Core™ i3-6006U Processor | Intel® Xeon Phi™ Processor 7290F |
| Intel® Xeon® Processor E5-2699A v4 | Intel® Xeon Phi™ Processor 7290 |
| Intel® Xeon® Processor E5-2699R v4 | Intel® Xeon Phi™ Processor 7250F |
| Intel® Core™ i3-6157U Processor | Intel® Xeon Phi™ Processor 7250 |
| Intel® Core™ i7-7500U Processor | Intel® Xeon Phi™ Processor 7230F |
| Intel® Core™ i7-7Y75 Processor | Intel® Xeon Phi™ Processor 7230 |
| Intel® Core™ i5-7200U Processor | Intel® Xeon Phi™ Processor 7210F |
| Intel® Core™ i5-7Y54 Processor | Intel® Xeon Phi™ Processor 7210 |
| Intel® Core™ i3-7100U Processor | Intel® Xeon® Processor E5-1680 v4 |
| Intel® Core™ m3-7Y30 Processor | Intel® Xeon® Processor E5-1660 v4 |
| Intel® Pentium® Processor J4205 | Intel® Xeon® Processor E5-1650 v4 |

| | |
|---|---|
| Intel® Xeon® Processor E5-1630 v4 | Intel® Xeon® Processor E5-2695 v4 |
| Intel® Xeon® Processor E5-1620 v4 | Intel® Xeon® Processor E5-2690 v4 |
| Intel® Xeon® Processor E7-8893 v4 | Intel® Xeon® Processor E5-2687W v4 |
| Intel® Xeon® Processor E7-8891 v4 | Intel® Xeon® Processor E5-2683 v4 |
| Intel® Xeon® Processor E7-8890 v4 | Intel® Xeon® Processor E5-2680 v4 |
| Intel® Xeon® Processor E7-8880 v4 | Intel® Xeon™ Processor E5-2667 v4 |
| Intel® Xeon® Processor E7-8870 v4 | Intel® Xeon™ Processor E5-2660 v4 |
| Intel® Xeon® Processor E7-8867 v4 | Intel® Xeon® Processor E5-2658 v4 |
| Intel® Xeon® Processor E7-8860 v4 | Intel® Xeon® Processor E5-2650 v4 |
| Intel® Xeon® Processor E7-4850 v4 | Intel® Xeon® Processor E5-2650L v4 |
| Intel® Xeon® Processor E7-4830 v4 | Intel® Xeon® Processor E5-2648L v4 |
| Intel® Xeon® Processor E7-4820 v4 | Intel® Xeon® Processor E5-2643 v4 |
| Intel® Xeon® Processor E7-4809 v4 | Intel® Xeon® Processor E5-2640 v4 |
| Intel® Xeon® Processor E3-1585 v5 | Intel® Xeon® Processor E5-2637 v4 |
| Intel® Xeon® Processor E3-1585L v5 | Intel® Xeon® Processor E5-2630 v4 |
| Intel® Xeon® Processor E3-1578L v5 | Intel® Xeon® Processor E5-2630L v4 |
| Intel® Xeon® Processor E3-1565L v5 | Intel® Xeon® Processor E5-2628L v4 |
| Intel® Xeon® Processor E3-1558L v5 | Intel® Xeon® Processor E5-2623 v4 |
| Intel® Pentium® Processor D1519 | Intel® Xeon® Processor E5-2620 v4 |
| Intel® Xeon® Processor D-1559 | Intel® Xeon® Processor E5-2618L v4 |
| Intel® Xeon® Processor D-1539 | Intel® Xeon® Processor E5-2609 v4 |
| Intel® Xeon® Processor D-1529 | Intel® Xeon® Processor E5-2608L v4 |
| Intel® Xeon® Processor E5-2699 v4 | Intel® Xeon® Processor E5-2603 v4 |
| Intel® Xeon® Processor E5-2698 v4 | Intel® Core™ i7-6660U Processor |
| Intel® Xeon® Processor E5-2697 v4 | Intel® Xeon® Processor D-1567 |
| Intel® Xeon® Processor E5-2697A v4 | Intel® Xeon® Processor D-1557 |

| | |
|---|---|
| Intel® Xeon® Processor D-1577 | Intel® Celeron® Processor G3900 |
| Intel® Xeon® Processor D-1571 | Intel® Celeron® Processor 3955U |
| Intel Atom® x7-Z8750 Processor | Intel® Celeron® Processor 3855U |
| Intel Atom® x5-Z8550 Processor | Intel® Pentium® Processor G4400TE |
| Intel Atom® x5-Z8350 Processor | Intel® Pentium® Processor D1517 |
| Intel Atom® x5-Z8330 Processor | Intel® Pentium® Processor D1509 |
| Intel® Core™ i7-6970HQ Processor | Intel® Pentium® Processor D1508 |
| Intel® Core™ i7-6870HQ Processor | Intel® Pentium® Processor D1507 |
| Intel® Core™ i7-6770HQ Processor | Intel® Xeon® Processor D-1548 |
| Intel® Core™ i5-6350HQ Processor | Intel® Xeon® Processor D-1541 |
| Intel® Xeon® Processor E3-1575M v5 | Intel® Xeon® Processor D-1537 |
| Intel® Xeon® Processor E3-1545M v5 | Intel® Xeon® Processor D-1531 |
| Intel® Xeon® Processor E3-1515M v5 | Intel® Xeon® Processor D-1528 |
| Intel Atom® x5-E8000 Processor | Intel® Xeon® Processor D-1527 |
| Intel® Pentium® Processor J3710 | Intel® Xeon® Processor D-1521 |
| Intel® Pentium® Processor N3710 | Intel® Xeon® Processor D-1518 |
| Intel® Celeron® Processor J3160 | Intel® Xeon® Processor E3-1280 v5 |
| Intel® Celeron® Processor J3060 | Intel® Xeon® Processor E3-1275 v5 |
| Intel® Celeron® Processor N3010 | Intel® Xeon® Processor E3-1270 v5 |
| Intel® Celeron® Processor N3060 | Intel® Xeon® Processor E3-1268L v5 |
| Intel® Celeron® Processor N3160 | Intel® Xeon® Processor E3-1260L v5 |
| Intel® Celeron® Processor G3902E | Intel® Xeon® Processor E3-1245 v5 |
| Intel® Celeron® Processor G3900E | Intel® Xeon® Processor E3-1240L v5 |
| Intel® Celeron® Processor G3920 | Intel® Xeon® Processor E3-1240 v5 |
| Intel® Celeron® Processor G3900TE | Intel® Xeon® Processor E3-1235L v5 |
| Intel® Celeron® Processor G3900T | Intel® Xeon® Processor E3-1230 v5 |

| | |
|---|---|
| Intel® Xeon® Processor E3-1225 v5 | Intel® Core™ i5-6287U Processor |
| Intel® Xeon® Processor E3-1220 v5 | Intel® Core™ i3-6100H Processor |
| Intel® Core™ i7-6822EQ Processor | Intel® Core™ i3-6100U Processor |
| Intel® Core™ i7-6820EQ Processor | Intel® Core™ i3-6167U Processor |
| Intel® Core™ i7-6700TE Processor | Intel® Core™ m7-6Y75 Processor |
| Intel® Core™ i5-6500TE Processor | Intel® Core™ m5-6Y57 Processor |
| Intel® Core™ i5-6440EQ Processor | Intel® Core™ m5-6Y54 Processor |
| Intel® Core™ i5-6442EQ Processor | Intel® Core™ m3-6Y30 Processor |
| Intel® Core™ i3-6100E Processor | Intel® Pentium® Processor 4405Y |
| Intel® Core™ i3-6102E Processor | Intel® Pentium® Processor 4405U |
| Intel® Core™ i3-6100TE Processor | Intel® Xeon® Processor E3-1535M v5 |
| Intel® Xeon® Processor E3-1505L v5 | Intel® Xeon® Processor E3-1505M v5 |
| Intel® Core™ i7-6920HQ Processor | Intel® Core™ i7-6700T Processor |
| Intel® Core™ i7-6820HQ Processor | Intel® Core™ i7-6700 Processor |
| Intel® Core™ i7-6820HK Processor | Intel® Core™ i5-6600 Processor |
| Intel® Core™ i7-6700HQ Processor | Intel® Core™ i5-6600T Processor |
| Intel® Core™ i7-6650U Processor | Intel® Core™ i5-6500 Processor |
| Intel® Core™ i7-6600U Processor | Intel® Core™ i5-6500T Processor |
| Intel® Core™ i7-6500U Processor | Intel® Core™ i5-6400 Processor |
| Intel® Core™ i5-6440HQ Processor | Intel® Core™ i5-6400T Processor |
| Intel® Core™ i5-6360U Processor | Intel® Core™ i3-6300 Processor |
| Intel® Core™ i5-6300HQ Processor | Intel® Core™ i3-6300T Processor |
| Intel® Core™ i5-6300U Processor | Intel® Core™ i3-6320 Processor |
| Intel® Core™ i5-6200U Processor | Intel® Core™ i3-6100 Processor |
| Intel® Core™ i5-6260U Processor | Intel® Core™ i3-6100T Processor |
| Intel® Core™ i5-6267U Processor | Intel® Pentium® Processor G4520 |

| | |
|---|---|
| Intel® Pentium® Processor G4500T | Intel Atom® x7-Z8700 Processor |
| Intel® Pentium® Processor G4500 | Intel Atom® x5-Z8500 Processor |
| Intel® Pentium® Processor G4400T | Intel Atom® x5-Z8300 Processor |
| Intel® Pentium® Processor G4400 | Intel® Core™ i7-5650U Processor |
| Intel® Celeron® Processor 3765U | Intel® Core™ i7-5600U Processor |
| Intel® Celeron® Processor 3215U | Intel® Core™ i7-5557U Processor |
| Intel® Core™ i7-5950HQ Processor | Intel® Core™ i7-5550U Processor |
| Intel® Core™ i7-5850HQ Processor | Intel® Core™ i7-5500U Processor |
| Intel® Core™ i7-5850EQ Processor | Intel® Core™ i5-5350U Processor |
| Intel® Core™ i7-5750HQ Processor | Intel® Core™ i5-5300U Processor |
| Intel® Core™ i7-5700EQ Processor | Intel® Core™ i5-5287U Processor |
| Intel® Core™ i7-5700HQ Processor | Intel® Core™ i5-5257U Processor |
| Intel® Core™ i7-5775C Processor | Intel® Core™ i5-5250U Processor |
| Intel® Core™ i5-5675C Processor | Intel® Core™ i5-5200U Processor |
| Intel® Core™ i5-5350H Processor | Intel® Core™ i3-5157U Processor |
| Intel® Xeon® Processor E3-1285L v4 | Intel® Core™ i3-5010U Processor |
| Intel® Xeon® Processor E3-1285 v4 | Intel® Core™ i3-5005U Processor |
| Intel® Xeon® Processor E3-1278L v4 | Intel® Pentium® Processor 3805U |
| Intel® Xeon® Processor E3-1265L v4 | Intel® Celeron® Processor 3755U |
| Intel® Xeon® Processor E3-1258L v4 | Intel® Celeron® Processor 3205U |
| Intel® Core™ i3-5020U Processor | Intel® Core™ M-5Y71 Processor |
| Intel® Core™ i3-5015U Processor | Intel® Core™ M-5Y51 Processor |
| Intel® Pentium® Processor 3825U | Intel® Core™ M-5Y31 Processor |
| Intel® Celeron® Processor N3000 | Intel® Core™ M-5Y10c Processor |
| Intel® Xeon® Processor D-1540 | Intel® Core™ M-5Y10 Processor |
| Intel® Xeon® Processor D-1520 | Intel® Core™ M-5Y70 Processor |

Intel® Core™ M-5Y10a Processor

Tela also identifies other Intel products including a device fabricated with Intel's 14nm microprocessors as "Accused Instrumentalities."  Tela accuses devices in at least the following categories:

- Intel NUC Mini PCs (https://www.intel.com/content/www/us/en/products/boards-kits/nuc/mini-pcs.html, last visited Jan. 2, 2019)

- Intel NUC Kits (https://www.intel.com/content/www/us/en/products/boards-kits/nuc/kits.html, last visited Jan. 2, 2019)

- Intel NUC Boards (https://www.intel.com/content/www/us/en/products/boards-kits/nuc/boards.html, last visited Jan. 2, 2019)

- Intel Mobile Chipsets (https://www.intel.com/content/www/us/en/products/chipsets/mobile-chipsets.html, last visited Jan. 2, 2019)

- Intel Desktop Chipsets (https://www.intel.com/content/www/us/en/products/chipsets/desktop-chipsets.html, last visited Jan. 2, 2019)

- Intel Server Chipsets (https://www.intel.com/content/www/us/en/products/chipsets/server-chipsets.html, last visited Jan. 2, 2019)

- Intel Stratix 10 FPGAs (https://www.intel.com/content/www/us/en/products/programmable/fpga/stratix-10.html, last visited Jan. 2, 2019)

From public information, the model numbers of the products including a device fabricated with Intel's 14nm Processors include at least the following:

| | | |
|---|---|---|
| 1 | NUC 8 Home NUC8i5BEKPA | NUC Kit NUC8i7HNK |
| 2 | NUC 8 Home Mini PC – NUC8i3CYSN | NUC Kit NUC8i7HVK |
| 3 | NUC 8 Home Mini PC – NUC8i3CYSM | NUC Kit NUC7PJYH |
| 4 | NUC 8 Businesss Mini PC – | NUC Kit NUC7CJYH |
| 5 |     NUC8i7HNKQC | NUC Kit NUC7i7DNKE |
| 6 | NUC 8 Enthusiast Mini PC – | |
| 7 |     NUC8i7HVKVA | NUC Kit NUC7k7DNHE |
| 8 | NUC 7 Business Mini PC – NUC7i3SNHNC | NUC Kit NUC7i3DNKE |
| 9 | NUC 7 Business Mini PC – NUCi5DNKPC | NUC Kit NUC7i5DNKE |
| 10 | NUC7 Business Mini PC – NUC7i3DNKTC | NUC Kit NUC7i5DNHE |
| 11 | NUC 7 Essential Mini PC – NUC7CJYSAL | NUC Kit NUC7i3DNHE |
| 12 | NUC 7 Enthusiast MINI PC – | NUC Kit NUC7i7BJHX1 |
| 13 |     NUC7i7BNKQ | NUC Kit NUC7i5BNHX1 |
| 14 | NUC 7 Home Mini PC – NUC7i5BNKP | NUC Kit NUC7i3BNHX1 |
| 15 | NUC 7 Home Mini PC – NUC7i3BNHXF | NUC Kit NUC7i5BNK |
| 16 | NUC 7 Enthusiast Mini PC – | NUC Kit NUC7i7BNH |
| 17 |     NYC7i7BNHXG | NUC Kit NUC7i3BNH |
| 18 | NUC 7 Home Mini PC – NUC7i5BNHXF | NUC Kit NUC7i5BNH |
| 19 | NUC Kit NUC6CAYS | NUC Kit NUC7i3BNK |
| 20 | NUC Kit NUC5i3RYHSN | NUC Kit NUC6CAYH |
| 21 | NUC Kit NUC5i3RYHS | NUC Kit NUC6i7KYK |
| 22 | NUC Kit NUC8i5BEH | NUC Kit NUC5CPYH |
| 23 | NUC Kit NUC8i5BEK | NUC Kit NUC5i3MYHE |
| 24 | NUC Kit NUC8i7BEH | NUC Kit NUC5i5MYHE |
| 25 | NUC Kit NUC8i5BEK | NUC Board NUC7i7DNBE |
| 26 | NUC Kit NUC 8i7BEH | NUC Board NUC7i3DNBE |
| 27 | NUC Kit NUC8i3BEH | NUC Board NUC7i5DNBE |
| 28 | NUC Kit NUC8i3BEK | |

| | |
|---|---|
| NUC Board NUC5i5MYBE | H170 Chipset |
| NUC Board NUC5i3MYBE | B150 Chipset |
| NUC Board DE3815TYBE | Z170 Chipset |
| CM246 Chipset | X99 Chipset |
| HM370 Chipset | C242 Chipset |
| QM370 Chipset | C246 Chipset |
| HM175 Chipset | C624 Chipset |
| CM238 Chipset | C622 Chipset |
| QM175 Chipset | C626 Chipset |
| CM236 Chipset | C621 Chipset |
| QM170 Chipset | C628 Chipset |
| HM170 Chipset | C627 Chipset |
| Z390 Chipset | C625 Chipset |
| H310 Chipset | C232 Chipset |
| B360 Chipset | C236 Chipset |
| Q370 Chipset | C612 Chipset |
| H370 Chipset | C224 Chipset |
| Z370 Chipset | C222 Chipset |
| X299 Chipset | C226 Chipset |
| H270 Chipset | C216 Chipset |
| Q250 Chipset | C602J Chipset |
| B250 Chipset | C608 Chipset |
| Q270 Chipset | C606 Chipset |
| Z270 Chipset | C206 Chipset |
| Q150 Chipset | C204 Chipset |
| Q170 Chipset | C202 Chipset |

1    Stratix 10 GX FPGAs                              Stratix 10 TX FPGAs

2    Stratix 10 SX SoC FPGAs                          Stratix 10 MX FPGAs

3           Tela reserves the right to supplement the above lists as discovery proceeds.

4           All of Intel's 14nm microprocessors and other devices fabricated using Intel's 14nm

5    process node, including those listed above, infringe in substantially the same manner.  Tela has not

6    yet received discovery from Intel on its 14nm process and thus reserves the right to supplement

7    these contentions to show that the device charted in Appendices A-E is representative of the other

8    14nm Accused Instrumentalities.  Discovery, such as Intel's layout files – including both standard

9    cell libraries and chip-level layouts – design rules, and process flows will show that the device

10   charted in Appendices A-E is representative of the other 14nm Accused Instrumentalities listed

11   above.  These sources are not publicly available.  In fact, Intel has submitted declarations stating,

12   "Intel takes numerous steps to safeguard confidential information relating to its technology and

13   business operations.  The hardware layout specifications and design rules [] receive the highest

14   level of protection and security within Intel . . . ."  (D. I. 85-1 at ¶ 8.)  Intel continued, "these

15   materials are maintained on a secure network within Intel secure facilities.  That secure network is

16   monitored by a system administrator who carefully controls access and provides it individually, on

17   a need to know basis, to select employees who have received the appropriate clearance."  (*Id.* at ¶

18   9.)  Given these admissions from Intel, along with its outright refusal to produce any discovery

19   about its products up to this point, Tela reserves the right to supplement these contentions to show

20   that the charted 14nm microprocessor is representative of the remaining 14nm Accused

21   Instrumentalities.

22          But, even without the information Intel is withholding as of the date of these contentions,

23   as stated in Intel's First Amended Complaint, "Intel's accused 22nm and 14nm products use the

24   same conductive structures in the gate layer as Intel's 45nm products[.]"  (D. I. 38 at 53.)  Thus,

according to Intel at least the gate structures in all of the 14nm Accused Instrumentalities identified above are the same.  Intel's documents further show that the 14nm device charted in Appendices A-E is representative of all 14nm Accused Instrumentalities.  For example, Intel's website groups together its 14nm devices.  *Intel 14nm Technology*, Intel Corp., available at https://www.intel.com/content/www/us/en/silicon-innovations/intel-14nm-technology.html (last visited Jan. 3, 2019).  The product pages for each of the 14nm Accused Instrumentalities listed above also consistently describe the devices as being fabricated with 14nm lithography, without distinction.  TELADJ00107387-TELADJ00111624.

From public information, it appears that Intel has at least three 14nm processes: 14nm, 14+, and 14++.  *Intel's 14nm Technology: Delivering Ultrafast, Energy-Sipping Products*, Intel Corp., 2017, available at https://en.wikichip.org/w/images/f/ff/14-nm-technology-fact-sheet.pdf (last visited Jan. 3, 2019).  According to Intel, the 14+ and 14++ processors are "optimization[s]" of its 14nm process.  *Id.* at 4.  Pending further discovery from and on information and belief, each of Intel's 14, 14+, and 14++ nm products practice at least one of the asserted claims.

## B.      Intel's 22nm Accused Instrumentalities

Pursuant to Patent L. R. 3-1(b), below is a list of specific names or model numbers for Intel's 22nm Processors reasonably available from public information, including Intel's United States website (Intel.com).  Tela reserves the right to supplement the below list when Intel provides discovery related to the Accused Instrumentalities.

- Ivy Bridge

- Avoton

- Haswell

- Ivytown

- Knights Corner

- Merrifield

- Silvermont

- Valleyview

- Intel Atom Processors

  (https://www.intel.com/content/www/us/en/products/processors/atom/e-series.html, last

  visited Jan. 2, 2019)

From public information, the model numbers for Processors fabricated using Intel's 22nm

Processor include at least the following:

Intel Atom® Processor C2316

Intel® Pentium® Processor A1020

Intel Atom® Processor Z3590

Intel® Xeon® Processor E5-4669 v3

Intel® Xeon® Processor E5-4667 v3

Intel® Xeon® Processor E5-4660 v3

Intel® Xeon® Processor E5-4655 v3

Intel® Xeon® Processor E5-4650 v3

Intel® Xeon® Processor E5-4648 v3

Intel® Xeon® Processor E5-4640 v3

Intel® Xeon® Processor E5-4627 v3

Intel® Xeon® Processor E5-4620 v3

Intel® Xeon® Processor E5-4610 v3

Intel® Xeon® Processor E7-8893 v3

Intel® Xeon® Processor E7-8891 v3

Intel® Xeon® Processor E7-8890 v3

Intel® Xeon® Processor E7-8880L v3

Intel® Xeon® Processor E7-8880 v3

Intel® Xeon® Processor E7-8870 v3

Intel® Xeon® Processor E7-8867 v3

Intel® Xeon® Processor E7-8860 v3

Intel® Xeon® Processor E7-4850 v3

Intel® Xeon® Processor E7-4830 v3

Intel® Xeon® Processor E7-4820 v3

Intel® Xeon® Processor E7-4809 v3

Intel® Core™ i3-4370T Processor

Intel® Core™ i3-4170T Processor

Intel® Core™ i3-4170 Processor

Intel® Pentium® Processor G3470

Intel® Pentium® Processor G3460T

Intel® Pentium® Processor G3260

Intel® Pentium® Processor G3260T

Intel® Xeon® Processor E5-2658A v3

Intel® Core™ i7-4720HQ Processor

Intel® Core™ i7-4722HQ Processor

Intel® Xeon® Processor E5-2438L v3

Intel® Xeon® Processor E5-1428L v3

Intel® Xeon® Processor E5-2428L v3

Intel® Xeon® Processor E5-2418L v3

Intel® Xeon® Processor E5-2408L v3

Intel Atom® Processor Z3570

Intel Atom® Processor E3805

Intel® Xeon® Processor E5-2699 v3

Intel® Xeon® Processor E5-1620 v3

Intel® Xeon® Processor E5-1630 v3

Intel® Xeon® Processor E5-2698 v3

Intel® Xeon® Processor E5-2697 v3

Intel® Xeon® Processor E5-1650 v3

Intel® Xeon® Processor E5-1660 v3

Intel® Xeon® Processor E5-1680 v3

Intel® Xeon® Processor E5-2695 v3

Intel® Xeon® Processor E5-2690 v3

Intel® Xeon® Processor E5-2687W v3

Intel® Xeon® Processor E5-2683 v3

Intel® Xeon® Processor E5-2680 v3

Intel® Xeon® Processor E5-2670 v3

Intel® Xeon® Processor E5-2667 v3

Intel® Xeon® Processor E5-2660 v3

Intel® Xeon® Processor E5-2658 v3

Intel® Xeon® Processor E5-2650L v3

Intel® Xeon® Processor E5-2650 v3

Intel® Xeon® Processor E5-2648L v3

Intel® Xeon® Processor E5-2643 v3

Intel® Xeon® Processor E5-2640 v3

Intel® Xeon® Processor E5-2637 v3

Intel® Xeon® Processor E5-2630L v3

Intel® Xeon® Processor E5-2630 v3

Intel® Xeon® Processor E5-2628L v3

Intel® Xeon® Processor E5-2623 v3

Intel® Xeon® Processor E5-2620 v3

Intel® Xeon® Processor E5-2618L v3

Intel® Xeon® Processor E5-2609 v3

Intel® Xeon® Processor E5-2608L v3

Intel® Xeon® Processor E5-2603 v3

Intel® Core™ i7-5960X Processor Extreme Edition

Intel® Core™ i7-5930K Processor

Intel® Core™ i7-5820K Processor

Intel® Core™ i7-4980HQ Processor

Intel® Core™ i7-4870HQ Processor

Intel® Core™ i7-4770HQ Processor

Intel® Core™ i7-4578U Processor

Intel® Core™ i5-4308U Processor

Intel® Core™ i5-4210H Processor

Intel® Core™ i5-4278U Processor

Intel® Core™ i3-4360T Processor

| | |
|---|---|
| Intel® Core™ i3-4370 Processor | Intel® Core™ i5-4690T Processor |
| Intel® Core™ i3-4160T Processor | Intel® Core™ i5-4590 Processor |
| Intel® Core™ i3-4160 Processor | Intel® Core™ i5-4590S Processor |
| Intel® Pentium® Processor G3460 | Intel® Core™ i5-4590T Processor |
| Intel® Pentium® Processor G3450T | Intel® Core™ i5-4460T Processor |
| Intel® Pentium® Processor G3250T | Intel® Core™ i5-4460S Processor |
| Intel® Pentium® Processor G3250 | Intel® Core™ i5-4460 Processor |
| Intel® Pentium® Processor N3540 | Intel® Core™ i3-4340TE Processor |
| Intel® Celeron® Processor N2940 | Intel® Core™ i3-4350 Processor |
| Intel® Celeron® Processor N2840 | Intel® Core™ i3-4350T Processor |
| Intel® Celeron® Processor N2808 | Intel® Core™ i3-4360 Processor |
| Intel Atom® Processor Z3736G | Intel® Core™ i3-4150T Processor |
| Intel Atom® Processor Z3736F | Intel® Core™ i3-4150 Processor |
| Intel Atom® Processor Z3530 | Intel® Pentium® Processor G3450 |
| Intel® Core™ i7-4790K Processor | Intel® Pentium® Processor G3440T |
| Intel® Core™ i5-4690K Processor | Intel® Pentium® Processor G3440 |
| Intel® Pentium® Processor G3258 | Intel® Pentium® Processor G3240T |
| Intel Atom® Processor Z3785 | Intel® Pentium® Processor G3240 |
| Intel Atom® Processor Z3580 | Intel® Celeron® Processor G1850 |
| Intel Atom® Processor Z3560 | Intel® Celeron® Processor G1840T |
| Intel® Core™ i7-4785T Processor | Intel® Celeron® Processor G1840 |
| Intel® Core™ i7-4790 Processor | Intel® Xeon® Processor E3-1286L v3 |
| Intel® Core™ i7-4790S Processor | Intel® Xeon® Processor E3-1286 v3 |
| Intel® Core™ i7-4790T Processor | Intel® Xeon® Processor E3-1281 v3 |
| Intel® Core™ i5-4690 Processor | Intel® Xeon® Processor E3-1276 v3 |
| Intel® Core™ i5-4690S Processor | Intel® Xeon® Processor E3-1271 v3 |

| | |
|---|---|
| Intel® Xeon® Processor E3-1246 v3 | Intel® Xeon Phi™ Coprocessor 7120A |
| Intel® Xeon® Processor E3-1241 v3 | Intel® Core™ i7-4700EC Processor |
| Intel® Xeon® Processor E3-1240L v3 | Intel® Core™ i7-4702EC Processor |
| Intel® Xeon® Processor E3-1231 v3 | Intel® Core™ i5-4402EC Processor |
| Intel® Xeon® Processor E3-1226 v3 | Intel Atom® Processor C2508 |
| Intel® Core™ i7-4710HQ Processor | Intel Atom® Processor C2308 |
| Intel® Core™ i7-4710MQ Processor | Intel Atom® Processor Z3735G |
| Intel® Core™ i7-4712HQ Processor | Intel Atom® Processor Z3735F |
| Intel® Core™ i7-4712MQ Processor | Intel® Xeon Phi™ Coprocessor 7120D |
| Intel® Core™ i7-4760HQ Processor | Intel Atom® Processor Z3480 |
| Intel® Core™ i7-4510U Processor | Intel Atom® Processor Z3460 |
| Intel® Core™ i5-4422E Processor | Intel® Xeon® Processor E5-4603 v2 |
| Intel® Core™ i5-4410E Processor | Intel® Xeon® Processor E5-4607 v2 |
| Intel® Core™ i5-4210M Processor | Intel® Xeon® Processor E5-4610 v2 |
| Intel® Core™ i5-4210U Processor | Intel® Xeon® Processor E5-4620 v2 |
| Intel® Core™ i5-4220Y Processor | Intel® Xeon® Processor E5-4624L v2 |
| Intel® Core™ i5-4260U Processor | Intel® Xeon® Processor E5-4627 v2 |
| Intel® Core™ i3-4110E Processor | Intel® Xeon® Processor E5-4640 v2 |
| Intel® Core™ i3-4110M Processor | Intel® Xeon® Processor E5-4650 v2 |
| Intel® Core™ i3-4112E Processor | Intel® Xeon® Processor E5-4657L v2 |
| Intel® Core™ i3-4120U Processor | Intel® Celeron® Processor N2807 |
| Intel® Core™ i3-4025U Processor | Intel® Xeon® Processor E7-8850 v2 |
| Intel® Core™ i3-4030U Processor | Intel® Xeon® Processor E7-8857 v2 |
| Intel® Core™ i3-4030Y Processor | Intel® Xeon® Processor E7-8870 v2 |
| Intel® Pentium® Processor 3560M | Intel® Xeon® Processor E7-8880 v2 |
| Intel® Celeron® Processor 2970M | Intel® Xeon® Processor E7-8880L v2 |

Intel® Xeon® Processor E7-8890 v2

Intel® Xeon® Processor E7-8891 v2

Intel® Xeon® Processor E7-8893 v2

Intel® Xeon® Processor E7-4890 v2

Intel® Xeon® Processor E7-4880 v2

Intel® Xeon® Processor E7-4870 v2

Intel® Xeon® Processor E7-4860 v2

Intel® Xeon® Processor E7-4850 v2

Intel® Xeon® Processor E7-4830 v2

Intel® Xeon® Processor E7-4820 v2

Intel® Xeon® Processor E7-4809 v2

Intel® Xeon® Processor E7-2890 v2

Intel® Xeon® Processor E7-2880 v2

Intel® Xeon® Processor E7-2870 v2

Intel® Xeon® Processor E7-2850 v2

Intel Atom® Processor Z3735D

Intel® Pentium® Processor N3530

Intel® Celeron® Processor N2930

Intel® Celeron® Processor N2830

Intel Atom® Processor Z3795

Intel Atom® Processor Z3775D

Intel Atom® Processor Z3735E

Intel Atom® Processor Z3775

Intel Atom® Processor Z3745D

Intel Atom® Processor Z3745

Intel® Core™ i7-4940MX Processor
Extreme Edition

Intel® Core™ i7-4910MQ Processor

Intel® Core™ i7-4810MQ Processor

Intel® Core™ i7-4860HQ Processor

Intel® Core™ i7-4610M Processor

Intel® Core™ i5-4310M Processor

Intel® Core™ i5-4310U Processor

Intel® Core™ i5-4340M Processor

Intel® Core™ i5-4360U Processor

Intel® Pentium® Processor 1405 v2

Intel® Xeon® Processor E5-2403 v2

Intel® Xeon® Processor E5-1428L v2

Intel® Xeon® Processor E5-2407 v2

Intel® Xeon® Processor E5-2418L v2

Intel® Xeon® Processor E5-2420 v2

Intel® Xeon® Processor E5-2428L v2

Intel® Xeon® Processor E5-2430 v2

Intel® Xeon® Processor E5-2430L v2

Intel® Xeon® Processor E5-2440 v2

Intel® Xeon® Processor E5-2448L v2

Intel® Xeon® Processor E5-2450 v2

Intel® Xeon® Processor E5-2450L v2

Intel® Xeon® Processor E5-2470 v2

Intel® Celeron® Processor G1820TE

Intel® Celeron® Processor 2002E

1  Intel® Celeron® Processor 2000E

2  Intel® Celeron® Processor G1830

3  Intel® Celeron® Processor G1820T

4  Intel® Celeron® Processor G1820

5  Intel® Pentium® Processor 3558U

6  Intel® Pentium® Processor 3561Y

7  Intel® Celeron® Processor 2981U

8  Intel® Celeron® Processor 2961Y

9  Intel® Celeron® Processor 2957U

10  Intel® Pentium® Processor J2900

11  Intel® Celeron® Processor J1900

12  Intel® Celeron® Processor J1800

13  Intel® Pentium® Processor N3520

14  Intel® Celeron® Processor N2920

15  Intel® Celeron® Processor N2820

16  Intel® Celeron® Processor N2815

17  Intel® Celeron® Processor N2806

18  Intel Atom® Processor E3845

19  Intel Atom® Processor E3827

20  Intel Atom® Processor E3826

21  Intel Atom® Processor E3825

22  Intel Atom® Processor E3815

23  Intel® Pentium® Processor J2850

24  Intel® Pentium® Processor N3510

25  Intel® Celeron® Processor J1850

26  Intel® Celeron® Processor J1750

Intel® Celeron® Processor N2910

Intel® Celeron® Processor N2810

Intel® Celeron® Processor N2805

Intel Atom® Processor Z3770D

Intel Atom® Processor Z3770

Intel Atom® Processor Z3740D

Intel Atom® Processor Z3740

Intel® Core™ i7-4960X Processor Extreme Edition

Intel® Core™ i7-4930K Processor

Intel® Core™ i7-4820K Processor

Intel® Core™ i3-3115C Processor

Intel® Xeon® Processor E5-2603 v2

Intel® Xeon® Processor E5-1620 v2

Intel® Xeon® Processor E5-2609 v2

Intel® Xeon® Processor E5-1650 v2

Intel® Xeon® Processor E5-2618L v2

Intel® Xeon® Processor E5-2620 v2

Intel® Xeon® Processor E5-1660 v2

Intel® Xeon® Processor E5-2628L v2

Intel® Xeon® Processor E5-2630 v2

Intel® Xeon® Processor E5-2630L v2

Intel® Xeon® Processor E5-2637 v2

Intel® Xeon® Processor E5-2640 v2

Intel® Xeon® Processor E5-2643 v2

Intel® Xeon® Processor E5-2648L v2

| | |
|---|---|
| Intel® Xeon® Processor E5-2650 v2 | Intel® Core™ i7-4960HQ Processor |
| Intel® Xeon® Processor E5-2650L v2 | Intel® Core™ i7-4771 Processor |
| Intel® Xeon® Processor E5-2658 v2 | Intel® Core™ i7-4600M Processor |
| Intel® Xeon® Processor E5-2660 v2 | Intel® Core™ i7-4600U Processor |
| Intel® Xeon® Processor E5-2667 v2 | Intel® Core™ i7-4610Y Processor |
| Intel® Xeon® Processor E5-2670 v2 | Intel® Core™ i5-4402E Processor |
| Intel® Xeon® Processor E5-2680 v2 | Intel® Core™ i5-4400E Processor |
| Intel® Xeon® Processor E5-2687W v2 | Intel® Core™ i5-4440S Processor |
| Intel® Xeon® Processor E5-2690 v2 | Intel® Core™ i5-4440 Processor |
| Intel® Xeon® Processor E5-2695 v2 | Intel® Core™ i5-4300M Processor |
| Intel® Xeon® Processor E5-2697 v2 | Intel® Core™ i5-4300U Processor |
| Intel® Xeon® Processor E3-1125C v2 | Intel® Core™ i5-4300Y Processor |
| Intel® Xeon® Processor E3-1105C v2 | Intel® Core™ i5-4302Y Processor |
| Intel Atom® Processor C2758 | Intel® Core™ i5-4330M Processor |
| Intel Atom® Processor C2738 | Intel® Core™ i5-4200H Processor |
| Intel Atom® Processor C2718 | Intel® Core™ i5-4200M Processor |
| Intel Atom® Processor C2558 | Intel® Core™ i5-4202Y Processor |
| Intel Atom® Processor C2538 | Intel® Core™ i5-4210Y Processor |
| Intel Atom® Processor C2518 | Intel® Core™ i3-4330 Processor |
| Intel Atom® Processor C2358 | Intel® Core™ i3-4330T Processor |
| Intel Atom® Processor C2338 | Intel® Core™ i3-4330TE Processor |
| Intel Atom® Processor C2750 | Intel® Core™ i3-4340 Processor |
| Intel Atom® Processor C2730 | Intel® Core™ i3-4100E Processor |
| Intel Atom® Processor C2550 | Intel® Core™ i3-4100M Processor |
| Intel Atom® Processor C2530 | Intel® Core™ i3-4102E Processor |
| Intel Atom® Processor C2350 | Intel® Core™ i3-4130T Processor |

| | |
|---|---|
| Intel® Core™ i3-4130 Processor | Intel® Xeon Phi™ Coprocessor 3120A |
| Intel® Core™ i3-4000M Processor | Intel® Xeon Phi™ Coprocessor 3120P |
| Intel® Core™ i3-4005U Processor | Intel® Core™ i3-3250T Processor |
| Intel® Core™ i3-4012Y Processor | Intel® Core™ i3-3250 Processor |
| Intel® Core™ i3-4020Y Processor | Intel® Core™ i3-3245 Processor |
| Intel® Core™ i5-3340S Processor | Intel® Pentium® Processor G2140 |
| Intel® Core™ i5-3340 Processor | Intel® Pentium® Processor G2120T |
| Intel® Pentium® Processor G3430 | Intel® Pentium® Processor G2030T |
| Intel® Pentium® Processor G3420T | Intel® Pentium® Processor G2030 |
| Intel® Pentium® Processor G3420 | Intel® Pentium® Processor 2127U |
| Intel® Pentium® Processor G3320TE | Intel® Celeron® Processor 1017U |
| Intel® Pentium® Processor G3220T | Intel® Celeron® Processor 1005M |
| Intel® Pentium® Processor G3220 | Intel® Core™ i7-4950HQ Processor |
| Intel® Pentium® Processor 3550M | Intel® Core™ i7-4850HQ Processor |
| Intel® Pentium® Processor 3556U | Intel® Core™ i7-4750HQ Processor |
| Intel® Pentium® Processor 3560Y | Intel® Core™ i7-4770R Processor |
| Intel® Celeron® Processor G1630 | Intel® Core™ i5-4670R Processor |
| Intel® Celeron® Processor G1620T | Intel® Core™ i5-4570R Processor |
| Intel® Celeron® Processor 2980U | Intel® Core™ i7-4650U Processor |
| Intel® Celeron® Processor 2955U | Intel® Core™ i7-4500U Processor |
| Intel® Celeron® Processor 2950M | Intel® Core™ i7-4550U Processor |
| Intel® Xeon® Processor E3-1220L v3 | Intel® Core™ i7-4558U Processor |
| Intel® Pentium® Processor A1018 | Intel® Core™ i5-4350U Processor |
| Intel® Xeon Phi™ Coprocessor 7120P | Intel® Core™ i5-4200U Processor |
| Intel® Xeon Phi™ Coprocessor 7120X | Intel® Core™ i5-4200Y Processor |
| Intel® Xeon Phi™ Coprocessor 5120D | Intel® Core™ i5-4250U Processor |

Intel® Core™ i5-4258U Processor

Intel® Core™ i5-4288U Processor

Intel® Core™ i3-4100U Processor

Intel® Core™ i3-4158U Processor

Intel® Core™ i3-4010U Processor

Intel® Core™ i3-4010Y Processor

Intel® Core™ i7-4770K Processor

Intel® Core™ i7-4765T Processor

Intel® Core™ i7-4770 Processor

Intel® Core™ i7-4770S Processor

Intel® Core™ i7-4770T Processor

Intel® Core™ i7-4770TE Processor

Intel® Core™ i5-4670 Processor

Intel® Core™ i5-4670K Processor

Intel® Core™ i5-4670S Processor

Intel® Core™ i5-4670T Processor

Intel® Core™ i5-4570 Processor

Intel® Core™ i5-4570S Processor

Intel® Core™ i5-4570T Processor

Intel® Core™ i5-4570TE Processor

Intel® Core™ i5-4430S Processor

Intel® Xeon® Processor E3-1285L v3

Intel® Xeon® Processor E3-1285 v3

Intel® Xeon® Processor E3-1280 v3

Intel® Xeon® Processor E3-1270 v3

Intel® Xeon® Processor E3-1268L v3

Intel® Xeon® Processor E3-1275 v3

Intel® Xeon® Processor E3-1265L v3

Intel® Xeon® Processor E3-1245 v3

Intel® Xeon® Processor E3-1240 v3

Intel® Xeon® Processor E3-1230L v3

Intel® Xeon® Processor E3-1230 v3

Intel® Xeon® Processor E3-1225 v3

Intel® Xeon® Processor E3-1220 v3

Intel® Core™ i7-4930MX Processor
    Extreme Edition

Intel® Core™ i7-4900MQ Processor

Intel® Core™ i7-4800MQ Processor

Intel® Core™ i7-4700EQ Processor

Intel® Core™ i7-4700HQ Processor

Intel® Core™ i7-4702HQ Processor

Intel® Core™ i7-4702MQ Processor

Intel® Core™ i7-4700MQ Processor

Intel® Core™ i5-4430 Processor

Intel® Celeron® Processor 1019Y

Intel® Core™ i7-3687U Processor

Intel® Core™ i7-3540M Processor

Intel® Core™ i7-3537U Processor

Intel® Core™ i5-3437U Processor

Intel® Core™ i5-3380M Processor

Intel® Core™ i5-3340M Processor

Intel® Core™ i5-3337U Processor

1   Intel® Core™ i5-3230M Processor

2   Intel® Core™ i5-3230M Processor

3   Intel® Core™ i3-3227U Processor

4   Intel® Core™ i3-3210 Processor

5   Intel® Core™ i3-3130M Processor

6   Intel® Pentium® Processor G2130

7   Intel® Pentium® Processor G2020T

8   Intel® Pentium® Processor G2020

9   Intel® Pentium® Processor G2010

10  Intel® Pentium® Processor 2030M

11  Intel® Celeron® Processor G1620

12  Intel® Celeron® Processor G1610T

13  Intel® Celeron® Processor G1610

14  Intel® Celeron® Processor 1047UE

15  Intel® Celeron® Processor 1037U

16  Intel® Celeron® Processor 1020M

17  Intel® Celeron® Processor 1020E

18  Intel® Celeron® Processor 1007U

19  Intel® Celeron® Processor 1000M

20  Intel® Celeron® Processor 927UE

21  Intel® Core™ i7-3689Y Processor

22  Intel® Core™ i5-3439Y Processor

23  Intel® Core™ i5-3339Y Processor

24  Intel® Core™ i3-3229Y Processor

25  Intel® Pentium® Processor 2129Y

26  Intel® Xeon Phi™ Coprocessor 5110P

Intel® Core™ i7-3940XM Processor
Extreme Edition

Intel® Core™ i7-3840QM Processor

Intel® Core™ i7-3740QM Processor

Intel® Core™ i7-3635QM Processor

Intel® Core™ i7-3632QM Processor

Intel® Core™ i7-3632QM Processor

Intel® Core™ i7-3630QM Processor

Intel® Core™ i3-3120M Processor

Intel® Pentium® Processor 2117U

Intel® Pentium® Processor 2020M

Intel® Core™ i5-3350P Processor

Intel® Core™ i5-3330S Processor

Intel® Core™ i5-3330 Processor

Intel® Core™ i3-3240T Processor

Intel® Core™ i3-3240 Processor

Intel® Core™ i3-3225 Processor

Intel® Core™ i3-3220T Processor

Intel® Core™ i3-3220 Processor

Intel® Pentium® Processor G2120

Intel® Pentium® Processor G2100T

Intel® Core™ i3-3217UE Processor

Intel® Core™ i3-3120ME Processor

Intel® Core™ i3-3217U Processor

Intel® Core™ i3-3110M Processor

Intel® Core™ i7-3555LE Processor

Intel® Core™ i7-3517UE Processor

Intel® Core™ i5-3610ME Processor

Intel® Core™ i7-3667U Processor

Intel® Core™ i7-3520M Processor

Intel® Core™ i7-3517U Processor

Intel® Core™ i5-3570S Processor

Intel® Core™ i5-3570 Processor

Intel® Core™ i5-3475S Processor

Intel® Core™ i5-3470T Processor

Intel® Core™ i5-3470S Processor

Intel® Core™ i5-3470 Processor

Intel® Core™ i5-3427U Processor

Intel® Core™ i5-3360M Processor

Intel® Core™ i5-3320M Processor

Intel® Core™ i5-3317U Processor

Intel® Core™ i5-3210M Processor

Intel® Core™ i5-3210M Processor

Intel® Xeon® Processor E3-1290 v2

Intel® Xeon® Processor E3-1280 v2

Intel® Xeon® Processor E3-1275 v2

Intel® Xeon® Processor E3-1270 v2

Intel® Xeon® Processor E3-1265L v2

Intel® Xeon® Processor E3-1245 v2

Intel® Xeon® Processor E3-1240 v2

Intel® Xeon® Processor E3-1230 v2

Intel® Xeon® Processor E3-1225 v2

Intel® Xeon® Processor E3-1220 v2

Intel® Xeon® Processor E3-1220L v2

Intel® Core™ i7-3920XM Processor
Extreme Edition

Intel® Core™ i7-3820QM Processor

Intel® Core™ i7-3770T Processor

Intel® Core™ i7-3770S Processor

Intel® Core™ i7-3770K Processor

Intel® Core™ i7-3770 Processor

Intel® Core™ i7-3720QM Processor

Intel® Core™ i7-3615QM Processor

Intel® Core™ i7-3615QE Processor

Intel® Core™ i7-3612QM Processor

Intel® Core™ i7-3612QM Processor

Intel® Core™ i7-3612QE Processor

Intel® Core™ i7-3610QM Processor

Intel® Core™ i7-3610QE Processor

Intel® Core™ i5-3570T Processor

Intel® Core™ i5-3570K Processor

Intel® Core™ i5-3550S Processor

Intel® Core™ i5-3550 Processor

Intel® Core™ i5-3450S Processor

Intel® Core™ i5-3450 Processor

Tela reserves the right to supplement the above list as discovery proceeds.

All of the Intel's 22nm microprocessors and other devices fabricated using Intel's 22nm process node, including those listed above, infringe in substantially the same manner.  Tela has not yet received discovery from Intel on its 22nm process and thus reserves the right to supplement these contentions to show that the device charted in Appendices F-G is representative of the other 22nm Accused Instrumentalities.  Discovery, such as Intel's layout files – including both standard cell libraries and chip-level layouts – design rules, and process flows will show that the device charted in Appendices F-G is representative of the other 22nm Accused Instrumentalities listed above.  These sources are not publicly available.  In fact, Intel has submitted declarations stating, "Intel takes numerous steps to safeguard confidential information relating to its technology and business operations.  The hardware layout specifications and design rules [] receive the highest level of protection and security within Intel . . . ."  (D. I. 85-1 at ¶ 8.)  Intel continued, "these materials are maintained on a secure network within Intel secure facilities.  That secure network is monitored by a system administrator who carefully controls access and provides it individually, on a need to know basis, to select employees who have received the appropriate clearance."  (*Id.* at ¶ 9.)  Given these admissions from Intel, along with its outright refusal to produce any discovery about its products up to this point, Tela reserves the right to supplement these contentions to show that the charted 22nm microprocessor is representative of the remaining 22nm Accused Instrumentalities.

But, even without the information Intel is withholding as of the date of these contentions, as stated in Intel's First Amended Complaint, "Intel's accused 22nm and 14nm products use the same conductive structures in the gate layer as Intel's 45nm products[.]"  (D. I. 38 at 53.)  Thus, according to Intel at least the gate structures in all of the 22nm Accused Instrumentalities identified above are the same.  Intel's documents further show that the 22nm device charted in Appendices F-G is representative of all 22nm Accused Instrumentalities.  For example, Intel's

website groups together its 22nm devices.  *Intel 22nm Technology*, Intel Corp., available at https://www.intel.com/content/www/us/en/silicon-innovations/intel-22nm-technology.html (last visited Jan. 3, 2019).  The product pages for each of the 22nm Accused Instrumentalities listed above also consistently describe the devices as being fabricated with 22nm lithography, without distinction.  TELADJ00107373- TELADJ00111745.

From public information, it appears that Intel has at least two 22nm processes: 22nm and 22nm FinFET Low Power ("FFL").  Mark Bohr, *22FFL Technology*, Intel Corp., available at https://newsroom.intel.com/newsroom/wp-content/uploads/sites/11/2017/03/Mark-Bohr-22FFL-2017.pdf (last visited Jan. 3, 2019).  According to Intel, its 22nm FFL process is "based on proven 22nm and 14nm features."  *Intel 22nm FinFET Lower Power (22FFL) Technology: FinFET technology for the Mainstream*, at 1, Intel Corp. 2017, available at https://newsroom.intel.com/newsroom/wp-content/uploads/sites/11/2017/09/22-ffl-en-fact-sheet.pdf (last visited Jan. 3. 2019).  Intel further explains that it "has delivered over 7 million FinFET wafers to date and the 22FFL process leverages all of that manufacturing experience to deliver exceptionally high yield."  *Id.* at 2.  Given these statements, Intel's 22nm FFL processors and other products fabricated using that process technology are represented by the claim charts presented in Appendices A-G.  Pending further discovery from Intel and on information and belief, each of Intel's 22nm and 22nm FFL products practice at least one claim of the Asserted Patents.

In addition to the claims currently claim charted in Appendices F-G, Tela reserves the right to supplement these contentions to assert one or more of claims 31, 32, 33, 34, and 35 of the '966 Patent and one or more of claims 26, 27, 28, 29, and 30 of the '012 Patent.

C.     **10nm Accused Instrumentalities**

On information and belief, pending discovery from Intel, Intel's 10 nm microprocessors practice all elements of at least one claim of the Asserted Patents.  Tela accuses at least the following categories of products:

- Intel Codename: Ice Lake

- Intel Codename: Cannon Lake

- Intel 5G Modems fabricated using Intel's 10nm lithography process (https://newsroom.intel.com/newsroom/wp-content/uploads/sites/11/2017/01/5G-modem-fact-sheet.pdf (last visited Jan. 2, 2019))

On information and belief, Intel's 10nm process practices all elements of at least one claim of the Asserted Patents.  As shown in the below image from an Intel presentation, Intel's 10nm process is a "hyper scale[d]" version of its 14nm process.  The below image further shows gate structures of a substantially rectangular shape that are separated by a 54nm pitch.



**Figure 1: Mark Bohr, *Technology Leadership*, at 7, Intel Corp., Sept. 19, 2017, available at http://newsroom.intel.com/newsroom/wp-content/uploads/sites/11/2017/09/mark-bohr-on-intels-technology-leadership.pdf (last visited Jan. 3, 2019)**

As is further shown by the image above, devices fabricated using Intel's 10nm process include contact structures, shown in red in the right-most portion of the above image.  Devices fabricated using Intel's 10nm process further include transistors, as shown below:



**Figure 2:** *Id.* **at 12.**

As indicated by the below image, devices fabricated using Intel's 10nm process include metal layers formed above the top surfaces of the gate structures.



**Figure 3:** *Id.* **at 21.**

Tela reserves the right to supplement these contentions when Intel produces information regarding its 10 nm process.

## II.      PATENT LOCAL RULE 3-1(e): LITERAL OR DOCTRINE OF EQUIVALENTS

Tela contends that the Intel Accused Instrumentalities literally meet each element of the Asserted Claims as set forth in the charts attached as Appendices F-G.  To the extent that the Intel Accused Instrumentalities do not literally infringe each of the Asserted Claims, Tela contends that the Intel Accused Instrumentalities infringe the Asserted Claims under the doctrine of equivalents. Discovery is ongoing and Tela reserves the right to supplement this section when Intel provides discovery.

## III.     PATENT LOCAL RULE 3-1(f): PRIORITY DATE OF THE ASSERTED PATENTS

Every claim of the Asserted Patents is entitled to a priority date no later than the filing date of United States Provisional Patent Application No. 60/781,288, filed March 9, 2006.  The below chart provides the specific priority date Plaintiffs contend each asserted claim is entitled to:

| Patent No. | Claim # | Conception Date |
|---|---|---|
| 7,446,352 | 1, 4, 6, 13, 15, | Oct. 20, 2005 |
| | 16, 17, 19 | Nov. 16, 2005 |
| 7,943,966 | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31, 32, 33, 35 | Oct. 22, 2005 |
| 7,948,012 | 2, 4, 5, 6, 8, 9, 10, 26, 27, 28, 30 | Oc. 22, 2005 |
| | 11, 12, 13 | Nov. 16, 2005 |
| 10,141,334 | 1, 17, 18, 20, 22, 23, 24, 25, 26 | Oct. 22, 2005 |
| | 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 15 | Nov. 16, 2005 |
| 10,141,335 | 1, 17, 18, 25 | Oct. 22, 2005 |
| | 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 15, 20, 22, 23, 24, 26 | Nov. 16, 2005 |

GDS and layout files cited above are available to Intel on the Tela Source Code Review Computer in the manner provided in the Protective Order entered by the Court (D. I. 087.)

## IV.   PATENT LOCAL RULE 3-1(g): IDENTIFICATION OF TELA OR ITS LICENSES' PRODUCTS THAT PRACTICE THE CLAIMED INVENTIONS

| Patent No. | Claims Practiced | File Name |
|---|---|---|
| 7,446,352 | 1, 4, 6, 13, 16, 17 | TDRS_A15a.gds |
| | 1, 4, 6, 16 | tela_sdflcp1tc.gds, tela_mxd2i.gds |
| | 1, 4, 6, 13, 15-17, 19 | Tela_UMC65_TC_sept06v3.gds |
| | 1, 4, 6, 13, 16, 17 | UMC_B_p0.gds |
| | 1, 4, 6, 13, 16, 17 | Tela45_20080507.gds |
| | 1, 4, 6, 13, 16, 17 | tela_e4aa.gds |

| Patent No. | Claims Practiced | File Name |
|---|---|---|
| | 1, 4, 6, 13, 16, 17 | P12228A_040512.gds |
| | 1, 4, 6, 13, 16, 17 | tsb_opt5.gds |
| | 1, 4, 6, 13, 16, 17 | topcell.gds2 |
| | 1, 4, 6, 13, 16, 17 | TSMC45_12321_126_168_B.GDS |
| | 1, 4, 6, 13, 16, 17 | Tela45_126_176_Litho.GDS |
| | 1, 4, 6, 13, 16, 17 | sdf_40_li_merged.gds |
| | 1, 4, 6, 13, 16, 17 | sdff_merged.gds |
| | 1, 4, 13, 16, 17 | phase2lib.gds |
| 7,943,966 | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31, 33 | b25a.gds |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31, 33, 35 | TDRS_A15a.gds |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31 | tela_sdflcp1tc.gds, tela_mxd2i.gds |
| | 2, 4, 5, 8, 9, 10, 20, 22, 31, 33, 35 | Tela_UMC65_TC_sept06v3.gds |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31, 33, 35 | UMC_B_p0.gds |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31, 33, 35 | Tela45_20080507.gds |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31 | Boeing dice ff |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31 | tela_e4aa.gds |
| | 2, 4, 8, 9, 10, 14, 20, 22, 31-33, 35 | P12228A_040512.gds |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31, 33, 35 | tsb_opt5.gds |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22 | TSMC28_TELAM2H.gds |

| Patent No. | Claims Practiced | File Name |
|---|---|---|
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31-33, 35 | topcell.gds2 |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31, 32 | tela28.gds |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31, 33, 35 | TSMC45_12321_126_168_B.GDS |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31, 33, 35 | Tela45_126_176_Litho.GDS |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31, 33, 35 | sdf_40_li_merged.gds |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31-33, 35 | sdff_merged.gds |
| | 2, 4, 9, 10, 14, 20, 22, 31-33, 35 | phase2lib.gds |
| | 2, 4, 10, 14, 20, 22 | ht5k_ssi_tela.gds |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22 | sdfq_1x.gds, A4_top_cell.gds |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31, 32 | topcell.gds |
| | 2, 4, 5, 8, 9, 10, 14, 20, 22, 31 | tela65lpat.gds |
| 7,948,012 | 2, 4-6, 8-13, 26, 28 | b25a.gds |
| | 2, 4-6, 8-13, 26, 28, 30 | TDRS_A15a.gds |
| | 2, 4-6, 8-13, 26 | tela_sdflcp1tc.gds, tela_mxd2i.gds |
| | 2, 4-6, 8-13, 26, 28, 30 | Tela_UMC65_TC_sept06v3.gds |
| | 2, 4-6, 8-13, 26, 28, 30 | UMC_B_p0.gds |
| | 2, 4-6, 8-13, 26, 28, 30 | Tela45_20080507.gds |
| | 2, 4-6, 8-13, 26, 27 | Boeing dice ff |
| | 2, 4-6, 8-13, 26 | tela_e4aa.gds |

| Patent No. | Claims Practiced | File Name |
|---|---|---|
| | 2, 4-6, 8-13, 26-28, 30 | P12228A_040512.gds |
| | 2, 4-6, 8-13, 26, 28, 30 | tsb_opt5.gds |
| | 2, 4-6, 8-13 | TSMC28_TELAM2H.gds |
| | 2, 4-6, 8-13, 26-28, 30 | topcell.gds2 |
| | 2, 4-6, 8-13, 26, 27 | tela28.gds |
| | 2, 4-6, 8-13, 26, 28, 30 | TSMC45_12321_126_168_B.GDS |
| | 2, 4-6, 8-13, 26, 28, 30 | Tela45_126_176_Litho.GDS |
| | 2, 4-6, 8-13, 26, 28, 30 | sdf_40_li_merged.gds |
| | 2, 4-6, 8-13, 26-28, 30 | sdff_merged.gds |
| | 2, 4, 6, 8-13, 26-28, 30 | phase2lib.gds |
| | 2, 4, 8-13 | ht5k_ssi_tela.gds |
| | 2, 4-6, 8-13 | sdfq_1x.gds, A4_top_cell.gds |
| | 2, 4-6, 8-13, 26, 27 | topcell.gds |
| | 2, 4-6, 8-13, 26 | tela65lpat.gds |
| 10,141,334 | 1. 2, 5, 17, 18, 20, 22-26 | TDRS_A15a.gds |
| | 1. 2, 17, 18, 20, 22-26 | Tela_UMC65_TC_sept06v3.gds |
| | 1. 2, 5, 17, 18, 20, 22-26 | UMC_B_p0.gds |
| | 1. 2, 5, 17, 18, 20, 22-26 | Tela45_20080507.gds |
| | 1-5, 9, 17, 18, 20, 22-26 | TSMC45_12321_126_168_B.GDS |
| | 1-5, 9, 17, 18, 20, 22-26 | Tela45_126_176_Litho.GDS |
| 10,141,335 | 1, 2, 4, 5 17, 18, 20, 23-26 | TDRS_A15a.gds |
| | 1, 2, 4, 5 17, 18, 20, 23-26 | Tela_UMC65_TC_sept06v3.gds |
| | 1, 2, 4, 5 17, 18, 20, 23-26 | UMC_B_p0.gds |
| | 1, 2, 4, 5 17, 18, 20, 23-26 | Tela45_20080507.gds |

| Patent No. | Claims Practiced | File Name |
|---|---|---|
| | 1-5 17, 18, 20, 23-26 | TSMC45_12321_126_168_B.GDS |
| | 1-5 17, 18, 20, 23-26 | Tela45_126_176_Litho.GDS |

GDS and layout files cited above are available to Intel on the Tela Source Code Review Computer that will be made available consistent with the Protective Order entered by the Court (D. I. 087.)

Further, Samsung is a licensee of the Asserted Patents. Certain of Samsung's products fabricated using a 14nm or smaller process node practice at least claims 2, 4, 5, 8, 9, 10, 14, 20, and 22 of the '966 Patent and claims 2, 4, 5, 6, 8, 9, 10, 11, 12, and 13 of the '012 Patent. In addition, TSMC is a licensee of the Asserted Patents. Certain of TSMC's products fabricated using a 28nm or smaller process node practice at least claims 2, 4, 5, 8, 9, 10, 14, 20, and 22 of the '966 Patent and claims 2, 4, 5, 6, 8, 9, 10, 11, 12, and 13 of the '012 Patent. Qualcomm is also a licensee of the Asserted Patents. Certain Qualcomm products fabricated by TSMC or Samsung practice at least claims 2, 4, 5, 8, 9, 10, 14, 20, and 22 of the '966 Patent and claims 2, 4, 5, 6, 8, 9, 10, 11, 12, and 13 of the '012 Patent. Tela reserves the right to supplement this list if and when discovery is obtained from the third-parties discussed in this paragraph.

## V.   PATENT LOCAL RULE 3-1(h): TIMING OF THE POINT OF FIRST INFRINGEMENT, START OF CLAIMED DAMAGES, AND END OF CLAIMED DAMAGES

Infringement of the '966 and '012 Patents by Intel's 22nm Processors began when those Processors were first sold in April 2012 (Intel's First Amended Complaint ¶ 103). Damages for infringement of the '966 and '012 Patents by the 22nm Processors begin on December 19, 2012, six years prior to the date when Tela filed its Counterclaims for Infringement on December 19, 2018. 35 U.S.C. § 286. The damages period is ongoing and will continue until the '966 and '012 Patents expire.

Infringement of the '966, '012, and '352 Patents by the 14nm Processors and the damages

period for such infringement began when those Processors were first sold in September 2014 (Intel's First Amended Complaint ¶ 103).  The damages period is ongoing and will continue until the '966, '012, and '352 patents expire.

Infringement of the '334 and '335 patents by Intel's 14nm Processors began when those patents issued on November 27, 2018.  The damages period for infringement of the '335 Patent also begins on that date.  Damages for the '334 Patent began when the application resulting in that patent published on December 14, 2017.  35 U.S.C. § 154(d).  The damages period is ongoing and will continue until the '334 and '335  patents expire.

## VI.   PATENT LOCAL RULE 3-1(i): BASIS FOR ALLEGATIONS OF WILLFUL INFRINGEMENT

Tela is entitled to treble damages pursuant to 35 U.S.C. § 284 because Intel's infringement of each of the asserted patents is willful, making this an exceptional case (D.I. 83 ¶¶ 39, 48, 57, 65, 74).  Tela is also seeking a declaration that Tela is the prevailing party, entitling Tela to enhanced damages, costs, expenses, and reasonable attorneys' fees under 35 U.S.C. § 285.

Discovery is ongoing and Intel has not produced any document relevant to its first knowledge of any of the asserted patents or any analysis conducted on those patents.  Nor has Tela taken any depositions of Intel's witnesses yet.  Tela will update these Contentions after it receives relevant discovery.  Based on Intel's own allegations, it invested in Tela in 2007 and has been monitoring Tela's patent portfolio.  Intel also has had an observer on Tela's Board of Directors since 2007.  As a result, Intel has had knowledge of the '966 Patent, '012 Patent, and '352 Patent since those patents issued.  Further, in May 2011 when Tela and Intel discussed potential purchase of Tela's library products, Tela informed Intel that those products were subject to a number of existing and pending patents, including the '966 Patent, '012 Patent, and '352 Patent. (TELADJ00121728 - TELADJ00121733).  Tela and Intel also discussed Tela's libraries in January 2013 and Tela again indicated that its patents covered those libraries, referencing Tela's website which lists its patents.  (TELADJ00123657 - TELADJ00123676).  Further, Intel itself alleges that it became aware of an assertion by Tela of, according to Intel, all patents in the family of United States Provisional Application No. 60/781,288, including all of the asserted patents here,

in August 2014 when Tela sent Intel a list of certain patents for a licensing discussion and in connection with discussions shortly thereafter.  That list included the '966 Patent, '012 Patent, and '352 Patent.  As to the '334 and '335 Patents, Intel has alleged that it has been closely monitoring Tela's patent prosecutions.  As a result, Intel knew about the applications for these patents upon publication of those applications in December 2017 and has known about the patents themselves since their issuance in November 2018.

Intel undertook and continues its infringing actions despite an objectively high likelihood that such activities infringe claims of the asserted patents.  At a minimum, Intel has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the asserted patents, and that the asserted patents are valid.  Despite its awareness and knowledge of the asserted patents, Intel intentionally made, used, offered for sale, or sold in the United States or imported into the United States the Accused Products that practice one or more claims of the asserted patents.

## VII.   PATENT LOCAL RULE 3-2 IDENTIFICATION BY PRODUCTION NUMBER OF CATEGORIES OF DOCUMENTS CORRESPONDING TO EACH CATEGORY

### A.   Rule 3-2(a)

Tela identifies the following documents responsive to this Requirement:

TELADJ00122859; TELADJ00122882; TELADJ00122928; TELADJ00122951; TELADJ00122967; TELADJ00123004; TELADJ00123029; TELADJ00123102; TELADJ00123133; TELADJ00123162; TELADJ00123255; TELADJ00123506; TELADJ00123522; TELADJ00121272.

### B.   Rule 3-2(b)

Tela identifies the following documents responsive to this requirement:

TELADJ00121900; TELADJ00121964; TELADJ00122186; TELADJ00122200; TELADJ00122179; TELADJ00121860; TELADJ00121928; TELADJ00121980; TELADJ00121981; TELADJ00121984; TELADJ00121996; TELADJ00121997;

TELADJ00122122; TELADJ00122123; TELADJ00122125; TELADJ00122137;

TELADJ00122149; TELADJ00122150; TELADJ00122153; TELADJ00122165;

TELADJ00122166; TELADJ00122167; TELADJ00122836; TELADJ00122859;

TELADJ00122882; TELADJ00122905; TELADJ00122928; TELADJ00122951;

TELADJ00122967; TELADJ00122990; TELADJ00122992; TELADJ00122994;

TELADJ00123002; TELADJ00123004; TELADJ00123029; TELADJ00123054;

TELADJ00123079; TELADJ00123102; TELADJ00123133; TELADJ00123162;

TELADJ00123186; TELADJ00123229; TELADJ00123254; TELADJ00123255;

TELADJ00123282; TELADJ00123287; TELADJ00123438; TELADJ00123440;

TELADJ00123444; TELADJ00123447; TELADJ00123449; TELADJ00123450;

TELADJ00123451; TELADJ00123452; TELADJ00123454; TELADJ00123455;

TELADJ00123456; TELADJ00123457; TELADJ00123459; TELADJ00123460;

TELADJ00123463; TELADJ00123465; TELADJ00123467; TELADJ00123474;

TELADJ00123476; TELADJ00123480; TELADJ00123485; TELADJ00123486;

TELADJ00123489; TELADJ00123490; TELADJ00123492; TELADJ00123494;

TELADJ00123496; TELADJ00123497; TELADJ00123500; TELADJ00123503;

TELADJ00123505; TELADJ00123506; TELADJ00123522; TELADJ00123547;

TELADJ00123571; TELADJ00123589; TELADJ00123614; TELADJ00123632;

TELADJ00121865; TELADJ00121866; TELADJ00121867; TELADJ00121868;

TELADJ00121869; TELADJ00121870; TELADJ00121871; TELADJ00121872;

TELADJ00121873; TELADJ00121874; TELADJ00121875; TELADJ00121876;

TELADJ00121877; TELADJ00121878; TELADJ00121879; TELADJ00121880;

TELADJ00121881; TELADJ00121882; TELADJ00121883; TELADJ00121884;

TELADJ00121885; TELADJ00121886; TELADJ00121887; TELADJ00121888;

TELADJ00121889; TELADJ00121890; TELADJ00121891; TELADJ00121892;

TELADJ00121893; TELADJ00121894; TELADJ00121895; TELADJ00121896;

TELADJ00121897; TELADJ00121898; TELADJ00121899.  In addition, Tela identifies

latch.mag, test.gds, and sdff.mag.  These layout files are available to Intel on the Tela Source Code

Review Computer in the manner provided in the Protective Order entered by the Court (D. I. 087).

**C.      Rule 3-2(c)**

Tela identifies the following documents responsive to this requirement:

TELADJ00111774; TELADJ00112048; TELADJ00112457; TELADJ00112868;

TELADJ00116904.

**D.      Rule 3-2(d)**

Tela identifies the following documents responsive to this requirement:

TELADJ00120935; TELADJ00120954; TELADJ00120973; TELADJ00120992.

**E.      Rule 3-2(e)**

Documents relevant to this category of Patent Local Rule 3-2(e) are available to Intel on

the Tela Source Code Review Computer in the manner provided in the Protective Order entered by

the Court (D. I. 087).  In addition, Tela identifies the following documents responsive to this

requirement: TELADJ00013781; TELADJ00013823; TELADJ00013843; TELADJ00013861;

TELADJ00013879; TELADJ00013899; TELADJ00122250; TELADJ00122377;

TELADJ00122480; TELADJ00121917; TELADJ00121923; TELADJ00121929;

TELADJ00121930; TELADJ00121941; TELADJ00121954; TELADJ00121998;

TELADJ00122003; TELADJ00122014; TELADJ00122025; TELADJ00122035;

TELADJ00122046; TELADJ00122055; TELADJ00122064; TELADJ00122090;

TELADJ00122100; TELADJ00122102; TELADJ00122104; TELADJ00122106;

TELADJ00122110; TELADJ00122112; TELADJ00122114; TELADJ00121970;

TELADJ00121972; TELADJ00122588; TELADJ00121861; TELADJ00122248;

TELADJ00122997; TELADJ00123271; TELADJ00123280.

**F.      Rule 3-2(f)**

TELADJ00120935; TELADJ00120954; TELADJ00120973; TELADJ00120992;

TELADJ00121292; TELADJ00121303; TELADJ00121690;  TELADJ00121715;

TELADJ00106812.

**G.      Local Rule 3-2(g)**

Tela identifies the following documents responsive to this requirement:

TELADJ00121292; TELADJ00121303; TELADJ00121690.

**H.      Local Rule 3-2(h)**

Tela identifies the following documents responsive to this requirement: .

TELADJ00121345; TELADJ00121381; TELADJ00121402; TELADJ00121404;

TELADJ00121455; TELADJ00121503; TELADJ00121521; TELADJ00121526;

TELADJ00121571; TELADJ00121715; TELADJ00106812; TELADJ00121909;

TELADJ00121913; TELADJ00122583; TELADJ00122600; TELADJ00122604;

TELADJ00122621; TELADJ00122625; TELADJ00122627; TELADJ00122629;

TELADJ00122674; TELADJ00122680; TELADJ00122686; TELADJ00122688;

TELADJ00122690; TELADJ00122694; TELADJ00122697; TELADJ00122699;

TELADJ00122700; TELADJ00122702; TELADJ00122705; TELADJ00122707;

TELADJ00122710; TELADJ00122716; TELADJ00122720; TELADJ00122724;

TELADJ00122728; TELADJ00122732; TELADJ00122734; TELADJ00122736;

TELADJ00122737; TELADJ00122745; TELADJ00122751; TELADJ00122755;

TELADJ00122757; TELADJ00122759; TELADJ00122766; TELADJ00122768;

TELADJ00122769; TELADJ00122773; TELADJ00122782; TELADJ00122783;

TELADJ00122784; TELADJ00122792; TELADJ00122794; TELADJ00122798;

TELADJ00122804; TELADJ00122808; TELADJ00122814; TELADJ00122816;

TELADJ00122817; TELADJ00122822; TELADJ00122826; TELADJ00122830;

TELADJ00122834; TELADJ00121962; TELADJ00122170; TELADJ00122173;

TELADJ00122176; TELADJ00122607; TELADJ00122668; TELADJ00122714;

TELADJ00122749; TELADJ00122788; TELADJ00122630; TELADJ00123996;

TELADJ00124175; TELADJ00125783; TELADJ00124173; TELADJ00125648;

TELADJ00125675; TELADJ00125681; TELADJ00125684; TELADJ00125686;

TELADJ00125688; TELADJ00125692; TELADJ00125694; TELADJ00125695;

TELADJ00125710; TELADJ00125714; TELADJ00125747; TELADJ00125792;

TELADJ00125798; TELADJ00122705; TELADJ00125803; TELADJ00125805;

TELADJ00125814; TELADJ00125817; TELADJ00125829; TELADJ00124870;

TELADJ00124874; TELADJ00124876; TELADJ00124878; TELADJ00125698;

TELADJ00122588; TELADJ00125723; TELADJ00125738; TELADJ00124084;

TELADJ00124116; TELADJ00124404; TELADJ00122630.

## I.      Local Rule 3-2(i)

Certain documents relevant to this category of Patent Local Rule 3-2(e) are available to

Intel on the Tela Source Code Review Computer in the manner provided in the Protective Order

entered by the Court (D. I. 087).  In addition, Tela identifies the following documents responsive

to this requirement: TELADJ00121728; TELADJ00121729; TELADJ00123657;

TELADJ00123658; TELADJ00123677; TELADJ00123678; TELADJ00123679;

TELADJ00123680; TELADJ00123681; TELADJ00123682; TELADJ00123683;

TELADJ00123684; TELADJ00123685; TELADJ00123686; TELADJ00123687;

TELADJ00123688; TELADJ00123689; TELADJ00123690; TELADJ00123691;

TELADJ00123692; TELADJ00123693; TELADJ00123694; TELADJ00123695;

TELADJ00123696; TELADJ00123719; TELADJ00123745; TELADJ00123759;

TELADJ00123774; TELADJ00123804; TELADJ00123831; TELADJ00123857;

TELADJ00123878; TELADJ00123903; TELADJ00123925; TELADJ00123947;

TELADJ00123969; TELADJ00123996; TELADJ00124008; TELADJ00124053;

TELADJ00124054; TELADJ00124055; TELADJ00124056; TELADJ00124057;

TELADJ00124058; TELADJ00124068; TELADJ00124069; TELADJ00013781;

TELADJ00121964; TELADJ00122588; TELADJ00122630; TELADJ00122705;

TELADJ00124070; TELADJ00124084; TELADJ00124103; TELADJ00124107;

TELADJ00124108; TELADJ00124112; TELADJ00124116; TELADJ00124136;

TELADJ00124138; TELADJ00124173; TELADJ00124181; TELADJ00124248;

TELADJ00124254; TELADJ00124260; TELADJ00124266; TELADJ00124274;

TELADJ00124282; TELADJ00124288; TELADJ00124294; TELADJ00124300;

TELADJ00124306; TELADJ00124313; TELADJ00124319; TELADJ00124325;

TELADJ00124333; TELADJ00124342; TELADJ00124351; TELADJ00124359;

TELADJ00124367; TELADJ00124375; TELADJ00124383; TELADJ00124389;

TELADJ00124394; TELADJ00124397; TELADJ00124400; TELADJ00124401;

TELADJ00124402; TELADJ00124403; TELADJ00124404; TELADJ00124450;

TELADJ00124459; TELADJ00124462;TELADJ00124463; TELADJ00124481;

TELADJ00124482; TELADJ00124524; TELADJ00124525; TELADJ00124536;

TELADJ00124545; TELADJ00124554; TELADJ00124569; TELADJ00124570;

TELADJ00124585; TELADJ00124594; TELADJ00124606; TELADJ00124617;

TELADJ00124625; TELADJ00124632; TELADJ00124643; TELADJ00124651;

TELADJ00124662; TELADJ00124663; TELADJ00124671; TELADJ00124679;

TELADJ00124685; TELADJ00124692; TELADJ00124701; TELADJ00124712;

TELADJ00124720; TELADJ00124729; TELADJ00124737; TELADJ00124745;

TELADJ00124754; TELADJ00124761; TELADJ00124769; TELADJ00124778;

TELADJ00124786; TELADJ00124794; TELADJ00124802; TELADJ00124810;

TELADJ00124818; TELADJ00124827; TELADJ00124847; TELADJ00124848;

TELADJ00124849; TELADJ00124870; TELADJ00124874; TELADJ00124876;

TELADJ00124878; TELADJ00124880; TELADJ00124881; TELADJ00124882;

TELADJ00124883; TELADJ00124884; TELADJ00124885; TELADJ00124886;

TELADJ00124887; TELADJ00124888; TELADJ00124889; TELADJ00124913;

TELADJ00124928; TELADJ00124954; TELADJ00124980; TELADJ00124991;

TELADJ00125000; TELADJ00125010; TELADJ00125019; TELADJ00125029;

TELADJ00125038; TELADJ00125048; TELADJ00125057; TELADJ00125067;

TELADJ00125076; TELADJ00125085; TELADJ00125094; TELADJ00125097;

TELADJ00125099; TELADJ00125101; TELADJ00125103; TELADJ00125105;

TELADJ00125107; TELADJ00125109; TELADJ00125110; TELADJ00125112;

TELADJ00125114; TELADJ00125116; TELADJ00125118; TELADJ00125120;

TELADJ00125122; TELADJ00125124; TELADJ00125126; TELADJ00125129;

TELADJ00125131; TELADJ00125133; TELADJ00125135; TELADJ00125137;

TELADJ00125138; TELADJ00125139; TELADJ00125141; TELADJ00125170;

TELADJ00125193; TELADJ00125242; TELADJ00125276; TELADJ00125329;

TELADJ00125374; TELADJ00125427; TELADJ00125478; TELADJ00125486;

TELADJ00125503; TELADJ00125511; TELADJ00125520; TELADJ00125528;

TELADJ00125534; TELADJ00125542; TELADJ00125550; TELADJ00125558;

TELADJ00125566; TELADJ00125575; TELADJ00125630;  TELADJ00125648;

TELADJ00125675; TELADJ00125681; TELADJ00125684; TELADJ00125686;

TELADJ00125688; TELADJ00125692; TELADJ00125694; TELADJ00125695;

TELADJ00125698; TELADJ00125710; TELADJ00125714;  TELADJ00125723;

TELADJ00125732; TELADJ00125738;  TELADJ00125747; TELADJ00125756;

TELADJ00125792; TELADJ00125798;  TELADJ00125803; TELADJ00125805;

TELADJ00125814; TELADJ00125817; TELADJ00125829; TELADJ00125835;

TELADJ00125836; TELADJ00125837; TELADJ00125838;  TELADJ00125839;

TELADJ00125840; TELADJ00125841; TELADJ00125842; TELADJ00125843;

TELADJ00125845.

J.     Local Rule 3-2(j)

Tela does not allege that its patents are subject to a F/RAND commitment or agreement. Thus, no such documents need be identified.

.

DATED:  January 10, 2019                    Respectfully submitted,

                                            PEPPER HAMILTON LLP


                                            By:  /s/  *William D. Belanger*
                                                 Thomas F. Fitzpatrick (State Bar No. 193565)
                                                 Andy H. Chan (State Bar No. 242660)
                                                 PEPPER HAMILTON LLP
                                                 333 Twin Dolphin Drive, Suite 400
                                                 Redwood City, California 94065-1434
                                                 Telephone:  650.802.3600
                                                 Fax:  650.802.3650
                                                 Email:  fitzpatrickt@pepperlaw.com
                                                         chana@pepperlaw.com

                                                 William D. Belanger (Admitted *pro hac vice*)
                                                 Alison L. McCarthy (Admitted *pro hac vice*)
                                                 Anthony H. Cataldo (Admitted *pro hac vice*)
                                                 PEPPER HAMILTON LLP
                                                 125 High Street, 19th Floor,
                                                 High Street Tower
                                                 Boston, MA 02110
                                                 Telephone: 617.204.5100
                                                 Fax: 617.204.5150
                                                 Email: belangerw@pepperlaw.com
                                                 mccarthya@pepperlaw.com
                                                 cataldoa@pepperlaw.com


                                                 *Attorneys for Defendant*
                                                 *TELA INNOVATIONS, INC.*

## PROOF OF SERVICE

I am employed in the County of Suffolk, State of Massachusetts.  I am over the age of 18 and not a party to the within action.  My business address is:  125 High Street, 19th Floor, High Street Tower, Boston, Massachusetts 02110.

On January 10, 2019, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

- **DEFENDANT TELA INNOVATIONS, INC.'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS WITH RESPECT TO PLAINTIFF INTEL CORP. PATENT L. R. 3-1**

| | |
|---|---|
| Adam R. Alper | Alex Henriques |
| Kirkland & Ellis LLP | Gregory S. Arovas |
| 555 California Street | Todd M. Friedman |
| San Francisco, CA 94104 | Kirkland & Ellis LLP |
| 415-439-1476 | 601 Lexington Avenue |
| Fax: 415-439-1500 | New York, NY 10022 |
| Email: aalper@kirkland.com | 212-446-4800 |
| | Fax: 212-446-4900 |
| | Email: alex.henriques@kirkland.com |
| | Email: greg.arovas@kirkland.com |
| | Email: tfriedman@kirkland.com |
| Michael Woodrow De Vries | Nyika Onyesi Strickland |
| Kirkland & Ellis LLP | Kirkland & Ellis LLP |
| 333 South Hope Street | 300 N. LaSalle Street |
| Los Angeles, CA 90071 | Chicago, IL 60654 |
| 213-680-8590 | 312-862-2000 |
| Fax: 213-680-8500 | Fax: 312-862-2200 |

| Email: michael.devries@kirkland.com | Email: nyika.strickland@kirkland.com |
| --- | --- |
| | |

☑        (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.


         I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

         Executed on January 10, 2019, at Redwood City, California.

                                              /s/Ashley McDonough
                                              Ashley McDonough

#51455657 v2