UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TELA INNOVATIONS, INC.,<br><br>Defendant. | Case No. 3:18-cv-02848-WHO<br><br>**ORDER ON DISCOVERY DISPUTE CONCERNING TELA'S MOTION TO COMPEL DEPOSITION**<br><br>Re: Dkt. No. 202 |

On February 19, 2020, I ordered Intel to provide an answer to Tela's Interrogatory Number 27 into how Intel selected the patents for its declaratory judgment complaint. I did so after determining that Tela had a compelling need for such information in order to make out a prima facie case for breach of the parties' mutual nondisclosure agreement. Dkt. No. 199. I further ordered Intel to "produce a witness who [could] testify about this topic."

According to the parties' joint discovery dispute letter of March 24, 2020, Intel produced Keith Gray, who was not involved in the patent selection process but who has been educated on the contents of Intel's interrogatory response. Tela argues that testimony from Gray is not sufficient and instead seeks to depose a witness with firsthand knowledge, specifically Mashhood Rassam. Intel counters that Gray's knowledge is adequate, that Tela's request is untimely, and that Tela is attempting to re-litigate the issues I resolved last month.

I agree with Tela. It appears that Intel has at best avoided discovery on this topic and at worst obfuscated. Tela is entitled to depose a percipient witness with knowledge on this issue.[1] Intel shall produce Rassam for deposition as soon as it can be safely and responsibly conducted

---

[1] The deposition of Rassam is enough; I will not allow depositions of the "unidentified Kirkland & Ellis personnel" Tela references.

given the current shelter-in-place order and consistent with the parties' March 16, 2020 stipulation. *See* Dkt. No. 201. I also grant Tela's request to supplement its expert reports within 7 days of the deposition, limited to the information addressed therein.

**IT IS SO ORDERED.**

Dated: March 25, 2020

William H. Orrick
United States District Judge