1  Gregory S. Bishop (CA Bar No. 184680)
   Troutman Pepper Hamilton Sanders, LLP
2  333 Twin Dolphin Drive, Suite 400
   Redwood City, California 94065-1434
3  Telephone:  650.802.3600
   Fax:  650.802.3650
4  Email:    gregory.bishop@troutman.com

5  William D. Belanger (Admitted *pro hac vice*)
   Alison L. McCarthy (Admitted *pro hac vice*)
6  Anthony H. Cataldo (Admitted *pro hac vice*)
   Frank D. Liu (Admitted *pro hac vice*)
7  Gwendolyn E. Tawresey (Admitted *pro hac vice*)
   Griffin M. Mesmer (Admitted *pro hac vice*)
8  Ryan C. Deck (Admitted *pro hac vice*)
   Troutman Pepper Hamilton Sanders, LLP
9  125 High Street, 19th Floor,
   High Street Tower
10 Boston, MA 02110
   Telephone: 617.204.5100
11 Fax: 617.204.5150
   Email:    william.belanger@troutman.com
12           alison.mccarthy@troutman.com
             anthony.cataldo@troutman.com
13           frank.liu@troutman.com
             gwendolyn.tawresey@troutman.com
14           griffin.mesmer@troutman.com
             ryan.deck@troutman.com
15
   Tuhin Ganguly (CA Bar No. 261484)
16 Troutman Pepper Hamilton Sanders LLP
   2000 K Street, N.W., Suite 600
17 Washington, DC 20006-1865
   Telephone: 202.220.1200
18 Fax: 202.220.1465
   Email:    tuhin.gangulyt@troutman.com
19
   Attorneys for Defendant and Counterclaimant
20 Tela Innovations, Inc.

21

22                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
23                         **SAN FRANCISCO DIVISION**

24  INTEL CORPORATION,                          Case No.  18-cv-02848-WHO

25              Plaintiff and Counterdefendant, **DECLARATION OF GREGORY S.**
                                                **BISHOP IN SUPPORT OF TELA'S**
26      v.                                      **MOTION FOR SUMMARY**
                                                **JUDGMENT**
27  TELA INNOVATIONS, INC.,

28              Defendant and Counterclaimant.

I, Gregory S. Bishop, do hereby declare as follows:

I am an attorney at the law firm of Troutman Pepper Hamilton Sanders LLP, 333 Twin Dolphin Drive, Suite 400, Redwood City, California 94065-1434, counsel of record in this action for Defendant and Counterclaimant Tela Innovations, Inc. ("Tela").

1. I submit this declaration pursuant to Civ. L.R. 7-2(d) and 7-5(a) in support of Tela's Motion for Summary Judgment. I have personal knowledge of the facts stated in this declaration and, if called to do so, would testify thereto under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Provisional Patent No. 60/781288, beginning with Bates No. TELAITC114800077434.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,446,352, beginning with Bates No. TELADJ00021331.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 7,943,966, beginning with Bates No. TELAITC114800000095.

5. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 7,948,012, beginning with Bates No. TELAITC114800000049.

6. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 10,141,334, beginning with Bates No. TELAITC114800054100.

7. Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No. 10,141,335, beginning with Bates No. TELAITC114800054161.

8. Attached hereto as Exhibit 7 is a true and correct copy of U.S. Patent No. , 10,186,523, beginning with Bates No. TELAITC114800054222.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Deposition Transcript of Scott Becker, dated Aug. 16, 2019.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter agreement between Tela and Intel, dated May 9, 2007, and beginning with Bates No. 90208DOC0021493.

1  11. Attached hereto as Exhibit 10 is a true and correct excerpted copy of Inv. No. 337-TA-1148, Intel's Sixth Supplemental Objections and Responses to Tela's First Set of Interrogatories, dated Aug. 16, 2019.

12. Attached hereto as Exhibit 11 is a true and correct copy of Inv. No. 337-TA-1148, Direct Testimony of Sean Doyle on Behalf of Respondent Intel Corporation, dated Oct. 22, 2019.

13. Attached hereto as Exhibit 12 is a true and correct excerpted copy of Inv. No. 337-TA-1148, Hearing Testimony of Sean Doyle on Behalf of Respondent Intel Corporation, dated Dec. 11, 2019.

14. Attached hereto as Exhibit 13 is a true and correct excerpted copy of the Notebook of Scott Becker, beginning with Bates No. TELADJ00121900.

15. Attached hereto as Exhibit 14 is a true and correct copy of Fabbrix's NDA, beginning with Bates No. PILEGGI00004530.

16. Attached hereto as Exhibit 15 is a true and correct copy of presentation slides, beginning with Bates No. PILEGGI00001118.

17. Attached hereto as Exhibit 16 is a true and correct copy of presentation slides, beginning with Bates No. PILEGGI00004728.

18. Attached hereto as Exhibit 17 is a true and correct copy of presentation slides, beginning with Bates No. PILEGGI00001247.

19. Attached hereto as Exhibit 18 is a true and correct copy of presentation slides, beginning with Bates No. PILEGGI00001261.

20. Attached hereto as Exhibit 19 is a true and correct copy of Intel's Fourth Supplemental Objections and Responses to Tela's Fifth Set of Interrogatories, dated March 4, 2020.

21. Attached hereto as Exhibit 20 is a true and correct copy of the Expert Report of Dr. John C. Bravman regarding Inventorship of the Asserted Patents, dated April 8, 2020.

22. Attached hereto as Exhibit 21 is a true and correct copy of a license agreement between Lawrence Pileggi and Intel, dated February 4, 2019, and beginning with Bates No. 90213DOC0000143.

23. Attached hereto as Exhibit 22 is a true and correct copy of Intel Corporation's First Supplemental Objections And Responses To Tela Innovations, Inc.'s First Set Of Requests For Admission (Nos. 1-12), dated February 11, 2020.

24. Attached hereto as Exhibit 23 is a true and correct copy of a letter from counsel for Fabbrix, Inc., dated July 24, 2006, and beginning with Bates No. TELADJ00311053.

25. Attached hereto as Exhibit 24 is a true and correct copy of the Deposition Transcript of Dr. John C. Bravman, dated July 2, 2020.

26. Attached hereto as Exhibit 25 is a true and correct copy of L. Pileggi, *et al.*, *Exploring Regular Fabrics to Optimize the Performance-Cost Trade-Off,* Design Automation Conference 2003, beginning with Bates No. KHETERPAL-00000147.

27. Attached hereto as Exhibit 26 is a true and correct copy of V. Kheterpal *et al.*, Routing Architecture for Regular Fabrics, Design Automation Conference 2004, beginning with Bates No. KHETERPAL-00001848.

28. Attached hereto as Exhibit 27 is a true and correct copy of V. Kheterpal *et al.*, Design Methodology for IC Manufacturability Based on Regular Logic-Bricks, Design Automation Conference 2005, beginning with Bates No. KHETERPAL-00002287.

29. Attached hereto as Exhibit 28 is a true and correct copy of a draft protest from counsel for PDF Solutions, Inc.'s, dated March 7, 2007, and beginningwith Bates No. TELAITC114800190852.

30. Attached hereto as Exhibit 29 is a true and correct excerpted copy of Inv. No. 337-TA-1148, Respondent Intel Corporation's Objections and Responses to Tela Innovations, Inc.'s Third Set of Requests for Admission to Respondent Intel Corporation (Nos. 320-500), dated August 16, 2019.

31. Attached hereto as Exhibit 30 is a true and correct copy of the Deposition Transcript of Lawrence Pileggi, dated August 9, 2019.

32. Attached hereto as Exhibit 31 is a true and correct copy of a letter from Tela's patent counsel to Scott Becker, dated June 25, 2008, and beginning with Bates No. 90235DOC0002558.

33. Attached hereto as Exhibit 32 is a true and correct copy of e-mails between Tela, Intel, and Counsel regarding Series B-1 investment, dated June 17-25, 2008, and beginning with Bates No. 90235DOC0002549.

34. Attached hereto as Exhibit 33 is a true and correct copy of a Draft Schedule of Exceptions to Series B-1 Preferred Stock Purchase Agreement, beginning with Bates No. 90235DOC0002566.

35. Attached hereto as Exhibit 34 is a true and correct copy of e-mails between Tela, Intel, and Counsel regarding Series B-1 investment, dated June 27, 2008, beginning with Bates No. 90208DOC0021518.

36. Attached hereto as Exhibit 35 is a true and correct excerpted copy of Inv. No. 337-TA-1148, Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bond, dated May 22, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2020 in Redwood City, California.

                                             */s/ Gregory S. Bishop*
                                             Gregory S. Bishop