Adam R. Alper (CA Bar No. 196834)
Bao Nguyen (CA Bar No. 198023)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94194
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: adam.alper@kirkland.com
Email: bao.nguyen@kirkland.com

Gregory S. Arovas, P.C. (*pro hac vice*)
Todd M. Friedman, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: todd.friedman@kirkland.com

Nyika O. Strickland (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: nyika.strickland@kirkland.com

*[Additional counsel listed on signature page]*

Attorneys for Plaintiff
INTEL CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTEL CORPORATION, | CASE NO. 18-cv-02848-WHO |
| Plaintiff, | **DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF INTEL'S OPPOSITION TO TELA'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| TELA INNOVATIONS, INC., | |
| Defendant. | Judge: Hon. William H. Orrick |

I, Todd M. Friedman, do hereby declare as follows:

1. I am an attorney licensed to practice law in the State of New York and am a partner with the law firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, NY 10022. I am counsel for Plaintiff Intel Corporation, ("Intel") in the above-captioned matter. I have personal knowledge of the matters set forth below and, if called and sworn as a witness, I could and would testify competently to the facts set forth herein.

2. I make this declaration in support of Intel's Opposition to Tela's Motion for Summary Judgment.

3. Attached as Exhibit 1 is a true and correct copy of the Declaration of Professor Lawrence Pileggi.

4. Attached as Exhibit 2 is a true and correct copy of Declaration of Dr. Veerbhan Kheterpal.

5. Attached as Exhibit 3 is a true and correct copy of the Expert Report of Dr. John Bravman.

6. Attached as Exhibit 4 is a true and correct copy of a presentation titled: Regular Fabrics ICs (PILEGGI00001163).

7. Attached as Exhibit 5 is a true and correct copy of a February 17, 2005 Email from S. Becker to L. Pileggi (PILEGGI00002552).

8. Attached as Exhibit 6 is a true and correct copy of a February 28, 2005 Email from L. Pileggi to P. Gopalakrishnan, K. Yaw Tong, B. Taylor, et al. (PILEGGI00002558).

9. Attached as Exhibit 7 is a true and correct copy of a Non-Disclosure Agreement between Fabbrix Inc. and S. Becker (PILEGGI00004530).

10. Attached as Exhibit 8 is a true and correct copy of a presentation titled: Regular Logic Fabrics for Design of Manufacturable ICs (PILEGGI00001118).

11. Attached as Exhibit 9 is a true and correct copy of a presentation titled: Logical Block Derivation and Physical Cell Synthesis (PILEGGI00001247)

12. Attached as Exhibit 10 is a true and correct copy of a presentation titled: Logic Synthesis for Regular Fabrics (PILEGGI00001261).

13. Attached as Exhibit 11 is a true and correct copy of a presentation titled: Regular Fabrics Study (PILEGGI00004728).

14. Attached as Exhibit 12 is a true and correct copy of a presentation titled: Manufacturable IC Design (90214DOC0001622).

15. Attached as Exhibit 13 is a true and correct copy of a June 8, 2005 Email from J. Malecki to L. Lanza (PILEGGI00002608).

16. Attached as Exhibit 14 is a true and correct copy of a June 5, 2005 Email from J. Malecki to L. Pileggi (PILEGGI00002633).

17. Attached as Exhibit 15 is a true and correct copy of a June 8, 2005 Email from J. Malecki to L. Pileggi, L. Lanza and A. Strojwas (PILEGGI00002609).

18. Attached as Exhibit 16 is a true and correct copy of a June 4, 2005 Email from J. Malecki to L. Pileggi (PILEGGI00002597).

19. Attached as Exhibit 17 is a true and correct copy of a June 6, 2005 Email from J. Malecki to L. Pileggi (PILEGGI00002604).

20. Attached as Exhibit 18 is a true and correct copy of June 3, 2005 Email from J. Malecki to L. Pileggi (PILEGGI00002630).

21. Attached as Exhibit 19 is a true and correct copy of a June 22, 2005 Email from J. Malecki to L. Pileggi (PILEGGI00002612).

22. Attached as Exhibit 20 is a true and correct copy of Provisional Patent Application No. 60/781,288

23. Attached as Exhibit 21 is a true and correct copy of U.S. Patent No. 10,186,523.

24. Attached as Exhibit 22 is a true and correct copy of excerpted pages from the October 2, 2019 Deposition Transcript of Dr. Hook.

25. Attached as Exhibit 23 is a true and correct copy of excerpted pages from the July 10, 2020 Deposition Transcript of Dr. Foty.

26. Attached as Exhibit 24 is a true and correct copy of excerpted pages from the July 26, 2013 Deposition Transcript of Mr. Becker.

27. Attached as Exhibit 25 is a true and correct copy of excerpted pages from the August 16, 2019 Deposition Transcript of Mr. Becker.

28. Attached as Exhibit 26 is a true and correct copy of excerpted pages from the August 2, 2019 Deposition Transcript of Mr. Malecki.

29. Attached as Exhibit 27 is a true and correct copy of excerpted pages from the August 9, 2019 Deposition Transcript of Prof. Pileggi.

30. Attached as Exhibit 28 is a true and correct copy of excerpted pages from the August 15, 2019 Deposition Transcript of Dr. Kheterpal.

31. Attached as Exhibit 29 is a true and correct copy of excerpted pages from the September 18, 2019 Rebuttal Expert Report of Dr. Hook.

32. Attached as Exhibit 30 is a true and correct copy of Tela's Certificate of Incorporation (TELADJ00337871).

33. Attached as Exhibit 31 is a true and correct copy of Tela Innovations Executive Summary (TELADJ01465978).

34. Attached as Exhibit 32 is a true and correct copy of Tela Innovations (TELADJ00343568).

35. Attached as Exhibit 33 is a true and correct copy of Tela Innovations Executive Summary (TELADJ00346666).

36. Attached as Exhibit 34 is a true and correct copy of the Tela Fabbrix Overview (TELADJ00310633).

37. Attached as Exhibit 35 is a true and correct copy of excerpted pages from the Spanish/English Dictionary.

38. Attached as Exhibit 36 is a true and correct copy of a phone record between L. Pileggi and S. Becker (PILEGGI00004626).

39. Attached as Exhibit 37 is a true and correct copy of a July 24, 2006 Letter from D. Jakopin to S. Becker (TELADJ00311053).

40. Attached as Exhibit 38 is a true and correct copy of excerpted pages from U.S. Patent Application Pub. No. 2007/0210391 A1.

41. Attached as Exhibit 39 is a true and correct copy of a March 2, 2005 Email from S. Becker to L. Pileggi (PILEGGI00002560).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on August 7, 2020        */s/ Todd M. Friedman*
                                  Todd M. Friedman (admitted *pro hac vice)*
                                  Counsel for Intel Corporation