UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTEL CORPORATION,

Plaintiff,

v.

TELA INNOVATIONS, INC.,

Defendant.

Case No.  3:18-cv-02848-WHO

**ORDER ON MOTION TO EXPEDITE**

Re: Dkt. No. 322

Tela's Motion to Expedite the briefing schedule on its Motion to Certify Judgment and Stay Pending Appeal (Dkt. No. 323) is GRANTED.  Intel's Opposition shall be due January 13, 2021, and Tela's Reply shall be due January 15, 2021.

In light of the evolving state of the pandemic, it is highly unlikely that a trial can occur as scheduled.  Accordingly, the deadlines and hearings in the stipulated scheduling order (Dkt. No. 319) are VACATED.  A hearing on Tela's Motion to Certify Judgment and Stay Pending Appeal will be SET for January 19, 2021, at 1:30 pm.  If the motion is denied, a new pretrial and trial schedule will be set.

**IT IS SO ORDERED.**

Dated: January 9, 2021

William H. Orrick
United States District Judge

United States District Court
Northern District of California