| | |
|---|---|
| Adam R. Alper (CA Bar No. 196834)<br>Bao Nguyen (CA Bar No. 198023)<br>KIRKLAND & ELLS LLP<br>555 California Street<br>San Francisco, CA 94194<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: adam.alper@kirkland.com<br><br>Gregory S. Arovas (pro hac vice)<br>Todd M. Friedman (pro hac vice)<br>Alex R. Henriques (pro hac vice)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: greg.arovas@kirkland.com<br>Email: todd.friedman@kirkland.com<br>Email: alex.henriques@kirkland.com<br><br>Nyika O. Strickland (pro hac vice)<br>David Rokach (pro hac vice)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: nyika.strickland@kirkland.com<br>Email: david.rokach@kirkland.com<br><br>Attorneys for Plaintiff<br>INTEL CORPORATION | Gregory S. Bishop (CA Bar No. 184680)<br>TROUTMAN PEPPER HAMILTON SANDERS, LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood City, California 94065-1434<br>Telephone: 650.802.3600<br>Fax: 650.802.3650<br>Email: gregory.bishop@troutman.com<br><br>William D. Belanger (Admitted *pro hac vice*)<br>Alison L. McCarthy (Admitted *pro hac vice*)<br>Frank D. Liu (Admitted *pro hac vice*)<br>Gwendolyn E. Tawresey (Admitted *pro hac vice*)<br>Griffin N. Mesmer (Admitted *pro hac vice*)<br>Ryan C. Deck (Admitted *pro hac vice*)<br>TROUTMAN PEPPER HAMILTON SANDERS, LLP<br>125 High Street, 19th Floor,<br>High Street Tower<br>Boston, MA 02110<br>Telephone: 617.204.5100<br>Fax: 617.204.5150<br>Email: william.belanger@troutman.com<br>Email: alison.mccarthy@troutman.com<br>Email: frank.liu@troutman.com<br>Email: gwendolyn.tawresey@troutman.com<br>Email: griffin.mesmer@troutman.com<br>Email: ryan.deck@troutman.com<br><br>Attorneys for Defendant<br>TELA INNOVATIONS, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTEL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>TELA INNOVATIONS, INC.,<br><br>    Defendant. | CASE NO. 18-cv-02848-WHO<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Intel Corporation ("Intel") and Defendant Tela Innovations, Inc. ("Tela") hereby stipulate and agree to the following:

1. Intel and Tela stipulate and agree to the dismissal with prejudice of all claims and counterclaims in this action. Specifically, each and every claim, counterclaim, and defense made by Intel against Tela, and each and every claim, defense, and counterclaim made by Tela against Intel, is hereby dismissed with prejudice.

2. Intel and Tela further stipulate and agree that there will be no awards of fees or costs to any party in this action.

THEREFORE, the parties hereby request issuance of an Order granting dismissal with prejudice of all claims and counterclaims in this action.

**IT IS SO STIPULATED**, through Counsel of Record.

| | |
|---|---|
| DATED: May 11, 2021 | |
| Respectfully submitted, | |
| By: */s/ Todd M. Friedman* | By: */s/ Gregory S. Bishop* |
| Adam R. Alper (CA Bar No. 196834)<br>Bao Nguyen (CA Bar No. 198023)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94194<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: adam.alper@kirkland.com<br>Email: bao.nguyen@kirkland.com<br><br>Gregory S. Arovas (pro hac vice)<br>Todd M. Friedman (pro hac vice)<br>Alex R. Henriques (pro hac vice)<br>Jeremy D. Wilson (pro hac vice)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: greg.arovas@kirkland.com<br>Email: todd.friedman@kirkland.com<br>Email: alex.henriques@kirkland.com<br>Email: jeremy.wilson@kirkland.com<br><br>Nyika O. Strickland (pro hac vice)<br>David Rokach (pro hac vice)<br>G. William Foster (pro hac vice)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: nyika.strickland@kirkland.com<br>Email: david.rokach@kirkland.com<br>Email: billy.foster@kirkland.com<br><br>*Attorneys for Plaintiff and Counterdefendant,*<br>INTEL CORPORATION | Gregory S. Bishop (CA Bar No. 184680)<br>TROUTMAN PEPPER HAMILTON SANDERS, LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood City, California 94065-1434<br>Telephone: 650.802.3600<br>Fax: 650.802.3650<br>Email: gregory.bishop@troutman.com<br><br>William D. Belanger (Admitted *pro hac vice*)<br>Alison L. McCarthy (Admitted *pro hac vice*)<br>Frank D. Liu (Admitted *pro hac vice*)<br>Gwendolyn E. Tawresey (Admitted *pro hac vice*)<br>Griffin N. Mesmer (Admitted *pro hac vice*)<br>Ryan C. Deck (Admitted *pro hac vice*)<br>TROUTMAN PEPPER HAMILTON SANDERS, LLP<br>125 High Street, 19th Floor,<br>High Street Tower<br>Boston, MA 02110<br>Telephone: 617.204.5100<br>Fax: 617.204.5150<br>Email: william.belanger@troutman.com<br>Email: alison.mccarthy@troutman.com<br>Email: frank.liu@troutman.com<br>Email: gwendolyn.tawresey@troutman.com<br>Email: griffin.mesmer@troutman.com<br>Email: ryan.deck@troutman.com<br><br>*Attorneys for Defendant and Counterclaimant,*<br>TELA INNOVATIONS, INC. |

**IT IS ORDERED** that the forgoing Stipulation To Dismiss Case With Prejudice is approved and granted **AS MODIFIED**: All claims, counterclaims, and defenses in this action <u>that have not been docketed in the Court of Appeals</u>—that is, those claims, counterclaims, and defenses not certified for appeal at Dkt. No. 353 and remain pending in this Court—are dismissed with prejudice. *See* Fed. R. App. P. 41. Each party shall bear its own costs and fees.

Dated:_May 11, 2021



Honorable William H. Orrick

UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document bas been obtained from the other signatories.

Respectfully submitted,

By: */s/ Todd M. Friedman*

Todd M. Friedman (pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com